# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Standish, William L. | **2. Court or Organization**<br><br>U.S. Dist Court, W. Dist of PA | **3. Date of Report**<br><br>04/20/2012 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Senior | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>**to**<br>12/31/2011 |
| **7. Chambers or Office Address**<br><br>6170 U.S. Post Office & Cthse<br>700 Grant Street<br>Pittsburgh, PA 15219 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Co-Trustee | Co-Trustee of Trust No. 13 |
| 2.   Co-Trustee | Co-Trustee of Trust No. 22 |
| 3.   Co-Trustee | Co-Trustee of Trust No. 23 |
| 4.   Co-Trustee | Co-Trustee of Trust No. 24 |
| 5.   Trustee | Western Pennsylvania School for the Deaf |
| 6.   Trustee | Sewickley Valley YMCA |
| 7.   Director | Pittsburgh Theological Seminary |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1.1 (100% Interest) | G | Int./Div. | P2 | T | | | P1 | H1 | See Section VIII #1 |
| 2. -Blackrock PA Muni MM Inst Shares #40 | | | | | Mon Mkt Inv | | | | |
| 3. -Altoona PA City Wtr Rev 4.0-2011 | | | | | Matured | 11/01/11 | | | |
| 4. -Altoona PA City Wtr Rev 4.25-2015 | | | | | | | | | |
| 5. -Bucks Cnty PA Wtr&Sewr Auth 4.0-2012 | | | | | | | | | |
| 6. -Lancaster PA Pkg Auth Rev 4.0-2015 | | | | | | | | | |
| 7. -Lower Merion PA Sch Dist 3.85-2014 | | | | | | | | | |
| 8. -North Waler PA Wtr Auth Rev XLCA 4.0-2011 | | | | | Matured | 11/01/11 | | | |
| 9. -PA St Higher Edl Col of Med 3.75-2012 | | | | | | | | | |
| 10. -Unionville Chadds Ford PA Sch 3.5-2013 | | | | | | | | | |
| 11. -Red Lion PA Sch Dist FGIC 4.0-2013 | | | | | | | | | |
| 12. -SpringFord Sch Dist XLCA 4.0-2014 | | | | | | | | | |
| 13. -Abbott Labs Inc | | | | | | | | | |
| 14. -Air Products & Chemicals Inc | | | | | | | | | |
| 15. -Altria Group Inc | | | | | | | | | |
| 16. -American Tower Corp Cl A | | | | | | | | | |
| 17. -Automatic Data Processing | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Cisco Sys Inc | | | | | Sold | 01/07/11 | | | |
| 19.  -Coca Cola Co | | | | | | | | | |
| 20.  -Covidien PLC | | | | | Buy | 01/07/11 | | | |
| 21.  -Dominion Res Inc VA | | | | | | | | | |
| 22.  -Dover Corp | | | | | Buy | 01/07/11 | | | |
| 23.  -Dupont E I De Nemours & Co | | | | | Buy | 01/07/11 | | | |
| 24.  -EMC Corp | | | | | Buy | 01/07/11 | | | |
| 25.  -Emerson El Co | | | | | | | | | |
| 26.  -Exxon Mobil Corp | | | | | Sold (part) | 01/07/11 | | | |
| 27.  -Fedex Corp | | | | | | | | | |
| 28.  -Franklin Resources Inc | | | | | | | | | |
| 29.  -Freeport McMoran Copper & Gold Inc | | | | | | | | | |
| 30.  -Frontier Communications | | | | | | | | | |
| 31.  -General Electric Co | | | | | | | | | |
| 32.  -Google Inc Cl A | | | | | | | | | |
| 33.  -Harbor International Fund | | | | | Buy | 01/07/11 | | | |
| 34.  -Heinz H J Co | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Hewlett-Packard Co | | | | | Buy | 01/07/11 | | | |
| 36. -Home Depot Inc | | | | | | | | | |
| 37. -Illinois Tool Works Inc | | | | | | | | | |
| 38. -Ishares Russell 1000 Index Fund | | | | | | | | | |
| 39. -Ishares Russell 2000 Growth Index Fund | | | | | | | | | |
| 40. -Ishares Russell 2000 Value Index Fund | | | | | | | | | |
| 41. -JP Morgan Chase & Co | | | | | Buy (add'l) | 01/07/11 | | | |
| 42. -Kraft Foods Inc | | | | | | | | | |
| 43. -Mastercard Inc Cl A | | | | | Sold | 01/07/11 | | | |
| 44. -McDonalds Corp | | | | | Buy | 01/07/11 | | | |
| 45. -Merck & Co Inc | | | | | | | | | |
| 46. -Microsoft Corp | | | | | | | | | |
| 47. -Oracle Corp | | | | | | | | | |
| 48. -Phillip Morris | | | | | | | | | |
| 49. -Price T Rowe Group Inc | | | | | Buy | 01/07/11 | | | |
| 50. -Southern Co | | | | | | | | | |
| 51. -3M Company | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -United Technologies Corp. | | | | | | | | | |
| 53.  -Verizon | | | | | | | | | |
| 54.  -Walgreen Co | | | | | | | | | |
| 55.  -Wells Fargo & Co | | | | | | | | | |
| 56.  -Zimmer Holdings Inc | | | | | | | | | |
| 57.  -Vanguard Emerging Mkts ETF | | | | | Buy (add'l) | 01/07/11 | | | |
| 58.  -Vanguard FTSE All World Ex US | | | | | | | | | |
| 59.  Trust #2 (1/2 Income Int) | E | Int./Div. | P1 | T | | | P1 | B | See Section VIII #1 |
| 60.  -BNY Mellon MM Fund Cl M | | | | | | | | | |
| 61.  -Alliance Data Sys Corp | | | | | Sold (part) | 01/24/11 | | | |
| 62.  -Allscripts-Misys Healthcare Solution | | | | | Sold (part) | 01/24/11 | | | |
| 63.  -Amazon.Com Inc | | | | | Buy | 05/05/11 | | | |
| 64.  -American Express Co | | | | | Sold (part) | 01/24/11 | | | |
| 65.  -Ameriprise Financial Inc | | | | | Buy (add'l) | 01/11/11 | | | |
| 66.  -Ameriprise Financial Inc | | | | | Sold (part) | 01/24/11 | | | |
| 67.  -Amylin Pharmaceuticals Inc | | | | | Sold (part) | 01/24/11 | | | |
| 68.  -Amylin Pharmaceuticals Inc | | | | | Sold | 03/10/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Anadarko Petroleum Corp | | | | | Sold (part) | 01/24/11 | | | |
| 70.  -Apache Corp | | | | | Sold (part) | 01/24/11 | | | |
| 71.  -Apple | | | | | Sold (part) | 01/24/11 | | | |
| 72.  -Asg Global Alternatives Fund-Y | | | | | Buy | 01/24/11 | | | |
| 73.  -Asg Global Alternatives Fund-Y | | | | | Buy (add'l) | 04/13/11 | | | |
| 74.  -Asg Global Alternatives Fund-Y | | | | | Sold | 12/30/11 | | | |
| 75.  -AT&T Inc | | | | | Sold (part) | 01/24/11 | | | |
| 76.  -Autodesk Inc | | | | | Buy | 07/25/11 | | | |
| 77.  -Autodesk Inc | | | | | Sold (part) | 08/24/11 | | | |
| 78.  -Autodesk, Inc | | | | | Sold | 09/14/11 | | | |
| 79.  -Autoliv Inc | | | | | Sold (part) | 01/24/11 | | | |
| 80.  -Autoliv Inc | | | | | Sold (part) | 02/03/11 | | | |
| 81.  -Bank of America Corp | | | | | Sold (part) | 01/19/11 | | | |
| 82.  -Bank of America Corp | | | | | Sold (part) | 08/17/11 | | | |
| 83.  -Baxter International Inc | | | | | Buy | 08/15/11 | | | |
| 84.  -Baxter International Inc | | | | | Buy (add'l) | 11/07/11 | | | |
| 85.  -BMC Software Inc | | | | | Buy | 02/15/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -BMC Software Inc | | | | | Buy (add'l) | 03/08/11 | | | |
| 87. -BMC Software Inc | | | | | Sold | 10/17/11 | | | |
| 88. -Capital One Financial Corp | | | | | Sold (part) | 01/24/11 | | | |
| 89. -Capital One Financial Corp | | | | | Sold (part) | 10/24/11 | | | |
| 90. -Carnival Corp | | | | | Sold (part) | 01/24/11 | | | |
| 91. -Caterpillar Inc | | | | | Sold (part) | 01/24/11 | | | |
| 92. -Cbs Corp Class B | | | | | Buy | 05/10/11 | | | |
| 93. -Chubb Corp | | | | | Sold (part) | 01/24/11 | | | |
| 94. -Chubb Corp | | | | | Buy (add'l) | 10/21/11 | | | |
| 95. -Cigna Corp | | | | | Sold (part) | 01/24/11 | | | |
| 96. -Cisco Systems Inc | | | | | Sold (part) | 01/24/11 | | | |
| 97. -Cisco Systems Inc | | | | | Sold | 02/15/11 | | | |
| 98. -Citigroup Inc | | | | | Buy | 02/03/11 | | | |
| 99. -Cognizant Technology Solutions Corp | | | | | Buy | 10/14/11 | | | |
| 100. -Comerica Inc | | | | | Sold (part) | 01/24/11 | | | |
| 101. -Comerica Inc | | | | | Sold | 12/08/11 | | | |
| 102. -Concophillips | | | | | Sold (part) | 01/24/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Concophillips | | | | | Sold (part) | 11/16/11 | | | |
| 104.  -Covidien PLC | | | | | Buy | 01/06/11 | | | |
| 105.  -Covidien PLC | | | | | Sold (part) | 01/24/11 | | | |
| 106.  -Cummins Inc | | | | | Sold (part) | 01/24/11 | | | |
| 107.  -Cummins Inc | | | | | Sold (part) | 08/25/11 | | | |
| 108.  -CVS/Caremark Group | | | | | Sold (part) | 01/24/11 | | | |
| 109.  -CVS/Caremark Group | | | | | Sold | 05/13/11 | | | |
| 110.  -Danaher Corp | | | | | Sold (part) | 01/24/11 | | | |
| 111.  -DuPont EI De Nemours | | | | | Sold (part) | 01/24/11 | | | |
| 112.  -Electronic Arts Inc | | | | | Buy | 08/17/11 | | | |
| 113.  -EMC Corp | | | | | Sold (part) | 01/24/11 | | | |
| 114.  -EMC Corp | | | | | Buy (add'l) | 05/05/11 | | | |
| 115.  -EMC Corp | | | | | Buy (add'l) | 10/21/11 | | | |
| 116.  -Energizer Holdings | | | | | Sold (part) | 01/19/11 | | | |
| 117.  -Ensco International PLC | | | | | Buy | 03/28/11 | | | |
| 118.  -Eog Res Inc | | | | | Buy | 11/16/11 | | | |
| 119.  -Exxon Mobil Corp | | | | | Sold (part) | 01/24/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Exxon Mobil Corp | | | | | Sold (part) | 03/28/11 | | | |
| 121. -Ford Motor Co | | | | | Buy (add'l) | 01/11/11 | | | |
| 122. -Ford Motor Co | | | | | Sold (part) | 01/24/11 | | | |
| 123. -Franklin Res Inc | | | | | Sold | 01/11/11 | | | |
| 124. -General Electric Co | | | | | Sold (part) | 01/24/11 | | | |
| 125. -General Electric Co | | | | | Buy (add'l) | 02/02/11 | | | |
| 126. -Google Inc | | | | | Sold (part) | 01/24/11 | | | |
| 127. -Google Inc | | | | | Sold (part) | 05/05/11 | | | |
| 128. -Google Inc | | | | | Sold (part) | 10/14/11 | | | |
| 129. -Halliburton Co | | | | | Sold (part) | 01/24/11 | | | |
| 130. -Halliburton Co | | | | | Sold | 10/21/11 | | | |
| 131. -Hess Corp | | | | | Sold (part) | 01/24/11 | | | |
| 132. -Hess Corp | | | | | Sold (part) | 03/28/11 | | | |
| 133. -Home Depot Inc | | | | | Sold (part) | 01/24/11 | | | |
| 134. -Home Depot Inc | | | | | Sold | 05/10/11 | | | |
| 135. -Honeywell Int'l Inc | | | | | Sold (part) | 01/24/11 | | | |
| 136. -Hospira Inc | | | | | Sold | 01/12/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Human Genome Sciences Inc | | | | | Sold (part) | 01/24/11 | | | |
| 138.  -Human Genome Sciences Inc | | | | | Sold | 07/27/11 | | | |
| 139.  -IBM | | | | | Sold (part) | 01/24/11 | | | |
| 140.  -IBM | | | | | Sold (part) | 10/21/11 | | | |
| 141.  -IBM | | | | | Sold (part) | 11/03/11 | | | |
| 142.  -Informatica Corp | | | | | Sold (part) | 01/24/11 | | | |
| 143.  -Intercontinentalexchange Inc | | | | | Buy | 10/21/11 | | | |
| 144.  -Intuit | | | | | Buy | 10/14/11 | | | |
| 145.  -JP Morgan Chase & Co | | | | | Sold (part) | 01/24/11 | | | |
| 146.  -Limited Brands Inc | | | | | Sold (part) | 01/11/11 | | | |
| 147.  -Limited Brands Inc | | | | | Sold (part) | 01/24/11 | | | |
| 148.  -Limited Brands Inc | | | | | Sold (part) | 05/19/11 | | | |
| 149.  -Lincoln National Corp Ind | | | | | Buy | 08/17/11 | | | |
| 150.  -Lorillard Inc | | | | | Buy | 08/25/11 | | | |
| 151.  -McKesson Corp | | | | | Sold (part) | 01/24/11 | | | |
| 152.  -Medtronic Inc | | | | | Sold (part) | 01/24/11 | | | |
| 153.  -Medtronic Inc | | | | | Sold | 03/25/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. -Merck & Co Inc | | | | | Sold<br>(part) | 01/24/11 | | | |
| 155. -Microsoft Corp | | | | | Sold<br>(part) | 01/24/11 | | | |
| 156. -Microsoft Corp | | | | | Sold<br>(part) | 03/07/11 | | | |
| 157. -Microsoft Corp | | | | | Sold | 05/05/11 | | | |
| 158. -Morgan Stanley | | | | | Sold<br>(part) | 01/24/11 | | | |
| 159. -Morgan Stanley | | | | | Sold | 08/17/11 | | | |
| 160. -Motorola Inc (Spinoff of Motorola Mobility Holdings Inc) | | | | | | 01/04/11 | | | |
| 161. -Motorola Inc | | | | | Sold<br>(part) | 01/24/11 | | | |
| 162. -Motorola Inc | | | | | Sold<br>(part) | 02/08/11 | | | |
| 163. -Motorola Inc | | | | | Sold<br>(part) | 04/29/11 | | | |
| 164. -Motorola Inc | | | | | Sold | 05/02/11 | | | |
| 165. -Motorola Mobility Holdings Inc (spin off from Motorola Inc) | | | | | Spinoff<br>(from line 160) | 01/4/11 | | | |
| 166. -Motorola Mobility Holdings Inc | | | | | Sold<br>(part) | 01/24/11 | | | |
| 167. -Motorola Mobility Holdings Inc | | | | | Sold<br>(part) | 02/15/11 | | | |
| 168. -Motorola Mobility Holdings Inc | | | | | Sold<br>(part) | 04/29/11 | | | |
| 169. -Motorola Mobility Holdings Inc | | | | | Sold | 05/02/11 | | | |
| 170. -National Oilwell Varco Inc | | | | | Buy | 11/07/11 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -National Oilwell Varco Inc | | | | | Buy (add'l) | 12/14/11 | | | |
| 172. -Netapp Inc | | | | | Buy | 08/24/11 | | | |
| 173. -Netapp Inc | | | | | Buy (add'l) | 10/21/11 | | | |
| 174. -Newell Rubbermaid Inc | | | | | Sold (part) | 01/24/11 | | | |
| 175. -Newell Rubbermaid Inc | | | | | Buy (add'l) | 02/01/11 | | | |
| 176. -Newell Rubbermaid Inc | | | | | Sold (part) | 08/15/11 | | | |
| 177. -Newell Rubbermaid Inc | | | | | Sold | 11/29/11 | | | |
| 178. -News Corp Inc | | | | | Sold (part) | 01/24/11 | | | |
| 179. -News Corp Inc | | | | | Sold (part) | 08/26/11 | | | |
| 180. -Nextera Energy Inc | | | | | Sold (part) | 01/24/11 | | | |
| 181. -Nextera Energy Inc | | | | | Buy (add'l) | 04/11/11 | | | |
| 182. -Nordstrom | | | | | Sold (part) | 01/24/11 | | | |
| 183. -Nordstrom | | | | | Sold | 11/08/11 | | | |
| 184. -Norfolk Southern Corp | | | | | Sold (part) | 01/24/11 | | | |
| 185. -Occidental Petro Corp | | | | | Sold (part) | 01/24/11 | | | |
| 186. -Occidental Petro Corp | | | | | Sold (part) | 08/22/11 | | | |
| 187. -Omnicom Group Inc | | | | | Buy (add'l) | 01/12/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Omnicom Group Inc | | | | | Sold (part) | 01/24/11 | | | |
| 189. -Oracle Corp | | | | | Sold (part) | 01/24/11 | | | |
| 190. -Pepsico Inc | | | | | Sold (part) | 01/24/11 | | | |
| 191. -Pepsico Inc | | | | | Buy (add'l) | 05/18/11 | | | |
| 192. -Phillip Morris | | | | | Sold (part) | 01/24/11 | | | |
| 193. -Phillip Morris | | | | | Sold (part) | 05/18/11 | | | |
| 194. -Phillip Morris | | | | | Buy (add'l) | 11/03/11 | | | |
| 195. -Pfizer Inc | | | | | Sold (part) | 01/24/11 | | | |
| 196. -Pfizer Inc | | | | | Sold (part) | 05/13/11 | | | |
| 197. -Ppl Corp | | | | | Buy | 04/07/11 | | | |
| 198. -Praxir Inc | | | | | Sold (part) | 01/24/11 | | | |
| 199. -Procter & Gamble Co | | | | | Sold (part) | 01/24/11 | | | |
| 200. -Public Svc Enterprise Group Inc | | | | | Sold (part) | 01/24/11 | | | |
| 201. -Public Svc Enterprise Group Inc | | | | | Sold | 04/11/11 | | | |
| 202. -PVH Corp | | | | | Buy | 11/07/11 | | | |
| 203. -Qualcomm Inc | | | | | Sold (part) | 01/24/11 | | | |
| 204. -Raytheon Co | | | | | Sold (part) | 01/24/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Raytheon Co | | | | | Sold | 02/02/11 | | | |
| 206. -Robert Half Intl Inc | | | | | Buy | 12/07/11 | | | |
| 207. -Rydex Managed Futures Strategy Fund-Y | | | | | Buy | 01/20/11 | | | |
| 208. -Rydex Managed Futures Strategy Fund-Y | | | | | Sold | 12/30/11 | | | |
| 209. -Schwab Charles Corp | | | | | Buy (add'l) | 01/10/11 | | | |
| 210. -Schwab Charles Corp | | | | | Sold (part) | 01/24/11 | | | |
| 211. -Schwab Charles Corp | | | | | Sold | 08/17/11 | | | |
| 212. -St. Jude Medical Inc | | | | | Buy | 03/25/11 | | | |
| 213. -St. Jude Medical Inc | | | | | Buy (add'l) | 04/29/11 | | | |
| 214. -St. Jude Medical Inc | | | | | Buy (add'l) | 05/02/11 | | | |
| 215. -Target Corp | | | | | Sold (part) | 01/11/11 | | | |
| 216. -Target Corp | | | | | Sold (part) | 01/24/11 | | | |
| 217. -Target Corp | | | | | Sold | 02/03/11 | | | |
| 218. -Target Corp | | | | | Buy | 11/23/11 | | | |
| 219. -Target Corp | | | | | Buy (add'l) | 12/13/11 | | | |
| 220. -Teradata Corp | | | | | Buy | 03/07/11 | | | |
| 221. -Textron Inc | | | | | Sold (part) | 01/24/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Textron Inc | | | | | Sold | 11/07/11 | | | |
| 223. -ThermoFisher Scientific Inc | | | | | Sold (part) | 01/24/11 | | | |
| 224. -ThermoFisher Scientific Inc | | | | | Sold | 12/15/11 | | | |
| 225. -Time Warner Inc | | | | | Sold (part) | 01/24/11 | | | |
| 226. -Time Warner Inc | | | | | Sold | 08/26/11 | | | |
| 227. -Transcanada Corp | | | | | Buy | 10/21/11 | | | |
| 228. -Tyco Intl Ltd | | | | | Sold (part) | 01/24/11 | | | |
| 229. -Unilever PLC ADR | | | | | Sold (part) | 01/24/11 | | | |
| 230. -Unilever PLC ADR | | | | | Buy (add'l) | 05/19/11 | | | |
| 231. -Vale SA-Sp ADR | | | | | Sold (part) | 01/24/11 | | | |
| 232. -Vmware Inc | | | | | Buy | 09/14/11 | | | |
| 233. -Vmware Inc | | | | | Buy (add'l) | 10/14/11 | | | |
| 234. -Wells Fargo & Co | | | | | Sold (part) | 01/24/11 | | | |
| 235. -Wells Fargo & Co | | | | | Buy (add'l) | 03/08/11 | | | |
| 236. -Zimmer Holdings Inc | | | | | Buy | 05/12/11 | | | |
| 237. -Defenders M-S Hedge Fd | | | | | Sold (part) | 03/14/11 | | | |
| 238. -Defenders M-S Hedge Fd | | | | | Sold (part) | 05/26/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Defenders M-S Hedge Fd | | | | | Sold (part) | 08/29/11 | | | |
| 240.  -Dreyfus Inflation Adjusted Securities Fund | | | | | Buy | 01/20/11 | | | |
| 241.  -Dreyfus Inflation Adjusted Securities Fund | | | | | Buy (add'l) | 12/21/11 | | | |
| 242.  -Dreyfus Opportunistic Small Cap Fund | | | | | Buy | 01/20/11 | | | |
| 243.  -Dreyfus Opportunistic Small Cap Fund | | | | | Buy (add'l) | 12/09/11 | | | |
| 244.  -Dreyfus Opportunistic Small Cap Fund | | | | | Sold | 12/30/11 | | | |
| 245.  -Dreyfus/Newton Intl Equity | | | | | | | | | |
| 246.  -Dreyfus Select Managers Small Cap Growth Fund | | | | | Buy | 01/20/11 | | | |
| 247.  -Dreyfus Select Managers Small Cap Growth Fund | | | | | Buy (add'l) | 12/30/11 | | | |
| 248.  -Dreyfus Select Managers Small Cap Value Fund | | | | | Buy | 01/20/11 | | | |
| 249.  -Ishares S&P GSCI Commodity-Ind | | | | | | | | | |
| 250.  -Strategic Global Stk Fund | | | | | Sold (part) | 01/19/11 | | | |
| 251.  -Strategic Global Stk Fund | | | | | Buy (add'l) | 12/30/11 | | | |
| 252.  -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy (add'l) | 01/20/11 | | | |
| 253.  -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy (add'l) | 12/21/11 | | | |
| 254.  -BNY Mellon Emerging Mkts Fund Cl M | | | | | Sold (part) | 12/30/11 | | | |
| 255.  -BNY Mellon Intermediate Bond Fund Cl M | | | | | Buy | 01/20/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -BNY Mellon Intermediate Bond Fund Cl M | | | | | Buy (add'l) | 12/16/11 | | | |
| 257. -BNY Mellon Int'l Fund Cl M | | | | | Buy (add'l) | 01/20/11 | | | |
| 258. -BNY Mellon Int'l Fund Cl M | | | | | Sold | 12/30/11 | | | |
| 259. -BNY Mellon Large Cap Mkt Opportunities Fund-Cl M | | | | | Buy | 01/24/11 | | | |
| 260. -BNY Mellon Large Cap Mkt Opportunities Fund- Cl M | | | | | Sold | 12/30/11 | | | |
| 261. -BNY Mellon Mid-Cap Stock Fund Cl M | | | | | Sold (part) | 01/20/11 | | | |
| 262. -BNY Mellon Mid-Cap Stock Fund Cl M | | | | | Buy (add'l) | 12/09/11 | | | |
| 263. -BNY Mellon Mid-Cap Stock Fund Cl M | | | | | Sold (part) | 12/30/11 | | | |
| 264. -BNY Mellon Municipal Opportunities Fund | | | | | Buy | 01/20/11 | | | |
| 265. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Sold (part) | 01/20/11 | | | |
| 266. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Buy (add'l) | 12/09/11 | | | |
| 267. -BNY Mellon Natl S/T Muni Bd Fd Cl M | | | | | Sold (part) | 01/19/11 | | | |
| 268. -BNY Mellon Natl S/T Muni Bd Fd Cl M | | | | | Buy (add'l) | 12/30/11 | | | |
| 269. -BNY Mellon Optima L/S Strategy Fd | | | | | | | | | |
| 270. -BNY Mellon Small Cap Stock Fd Cl M | | | | | Sold (part) | 01/20/11 | | | |
| 271. -BNY Mellon Small/Mid Cap Fund | | | | | Buy | 01/20/11 | | | |
| 272. -BNY Mellon Small/Mid Cap Fund | | | | | Sold | 12/30/11 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -BNY Mellon US Core Equity | | | | | Sold | 12/30/11 | | | |
| 274. Trust #3 (1/6 Income Int) | C | Int./Div. | N | T | | | N | E | See Section VIII #1 |
| 275. -BNY Mellon MM Fund CL M | | | | | Mon Mkt Inv | | | | |
| 276. -Advantage Global Alpha Fund-I | | | | | Buy | 01/18/11 | | | |
| 277. -Alliance Data Systems Corp | | | | | Sold (part) | 01/20/11 | | | |
| 278. -Allscripts-Misys Healthcare Solution | | | | | Sold (part) | 01/20/11 | | | |
| 279. -Amazon.Com Inc | | | | | Buy | 05/05/11 | | | |
| 280. -American Express | | | | | Sold (part) | 01/20/11 | | | |
| 281. -Ameriprise Fin'l Inc | | | | | Buy (add'l) | 01/11/11 | | | |
| 282. -Ameriprise Fin'l Inc | | | | | Sold (part) | 01/20/11 | | | |
| 283. -Amylin Pharmaceuticals Inc | | | | | Sold (part) | 01/20/11 | | | |
| 284. -Amylin Pharmaceuticals Inc | | | | | Sold | 03/10/11 | | | |
| 285. -Anadarko Petroleum Corp | | | | | Sold (part) | 01/20/11 | | | |
| 286. -Apache Corp | | | | | Sold (part) | 01/20/11 | | | |
| 287. -Apple Inc | | | | | Sold (part) | 01/20/11 | | | |
| 288. -Asg Global Alternatives Fund-Y | | | | | Buy | 01/18/11 | | | |
| 289. -Asg Global Alternatives Fund-Y | | | | | Buy (add'l) | 04/13/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -AT&T Inc | | | | | Sold (part) | 01/20/11 | | | |
| 291.  -Autodesk Inc | | | | | Buy | 07/25/11 | | | |
| 292.  -Autodesk Inc | | | | | Sold (part) | 08/24/11 | | | |
| 293.  -Autodesk Inc | | | | | Sold | 09/14/11 | | | |
| 294.  -Autoliv Inc | | | | | Sold (part) | 01/20/11 | | | |
| 295.  -Autoliv Inc | | | | | Sold (part) | 02/03/11 | | | |
| 296.  -Bank of America Corp | | | | | Sold (part) | 01/20/11 | | | |
| 297.  -Bank of America Corp | | | | | Sold (part) | 08/17/11 | | | |
| 298.  -Baxter International Inc | | | | | Buy | 08/15/11 | | | |
| 299.  -Baxter International Inc | | | | | Buy (add'l) | 08/23/11 | | | |
| 300.  -Baxter International Inc | | | | | Buy (add'l) | 11/17/11 | | | |
| 301.  -BMC Software Inc | | | | | Buy | 02/15/11 | | | |
| 302.  -BMC Software Inc | | | | | Buy (add'l) | 03/09/11 | | | |
| 303.  -BMC Software Inc | | | | | Sold | 10/17/11 | | | |
| 304.  -Capital One Financial Corp | | | | | Sold (part) | 01/20/11 | | | |
| 305.  -Capital One Financial Corp | | | | | Sold (part) | 10/21/11 | | | |
| 306.  -Carnival Corp | | | | | Sold (part) | 01/20/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  -Caterpillar Inc | | | | | Sold (part) | 01/20/11 | | | |
| 308.  -Cbs Corp Class B | | | | | Buy | 05/10/11 | | | |
| 309.  -Chubb Corp | | | | | Sold (part) | 01/20/11 | | | |
| 310.  -Chubb Corp | | | | | Buy (add'l) | 10/21/11 | | | |
| 311.  -Cigna Corp | | | | | Sold (part) | 01/20/11 | | | |
| 312.  -Cisco Sys Inc | | | | | Sold (part) | 01/20/11 | | | |
| 313.  -Cisco Sys Inc | | | | | Sold | 02/15/11 | | | |
| 314.  -Citigroup Inc | | | | | Buy | 02/03/11 | | | |
| 315.  -Cognizant Technology Solutions Corp | | | | | Buy | 10/14/11 | | | |
| 316.  -Comerica Inc | | | | | Sold (part) | 01/20/11 | | | |
| 317.  -Comerica Inc | | | | | Sold | 12/08/11 | | | |
| 318.  -Concophillips | | | | | Sold (part) | 01/20/11 | | | |
| 319.  -Concophillips | | | | | Sold (part) | 11/16/11 | | | |
| 320.  -Covidien PLC | | | | | Buy | 01/06/11 | | | |
| 321.  -Covidien PLC | | | | | Sold (part) | 01/20/11 | | | |
| 322.  -Cummins Inc | | | | | Sold (part) | 01/20/11 | | | |
| 323.  -Cummins Inc | | | | | Sold (part) | 08/25/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -CVS/Caremark Corp | | | | | Sold (part) | 01/20/11 | | | |
| 325. -CVS/Caremark Corp | | | | | Sold | 05/13/11 | | | |
| 326. -Danaher Corp | | | | | Sold (part) | 01/20/11 | | | |
| 327. -DuPont EI De Nemours | | | | | Sold (part) | 01/20/11 | | | |
| 328. -Electronic Arts Inc | | | | | Buy | 08/17/11 | | | |
| 329. -EMC Corp Mass | | | | | Sold (part) | 01/20/11 | | | |
| 330. -EMC Corp Mass | | | | | Buy (add'l) | 05/05/11 | | | |
| 331. -EMC Corp Mass | | | | | Buy (add'l) | 10/21/11 | | | |
| 332. -Energizer Holdings | | | | | Sold (part) | 01/20/11 | | | |
| 333. -Ensco International PLC | | | | | Buy | 03/28/11 | | | |
| 334. -Eog Res Inc | | | | | Buy | 11/16/11 | | | |
| 335. -Exxon Mobil Corp | | | | | Sold (part) | 01/20/11 | | | |
| 336. -Exxon Mobil Corp | | | | | Sold (part) | 03/28/11 | | | |
| 337. -Ford Motor Co | | | | | Buy (add'l) | 01/11/11 | | | |
| 338. -Ford Motor Co | | | | | Sold (part) | 01/20/11 | | | |
| 339. -Franklin Res Inc | | | | | Sold | 01/11/11 | | | |
| 340. -General Electric Co | | | | | Sold (part) | 01/20/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  -General Electric Co | | | | | Buy (add'l) | 02/02/11 | | | |
| 342.  -Google Inc | | | | | Sold (part) | 01/20/11 | | | |
| 343.  -Google Inc | | | | | Sold (part) | 05/05/11 | | | |
| 344.  -Google Inc | | | | | Sold (part) | 10/14/11 | | | |
| 345.  -Halliburton Co | | | | | Sold (part) | 01/20/11 | | | |
| 346.  -Halliburton Co | | | | | Sold | 10/21/11 | | | |
| 347.  -Hess Corp | | | | | Sold (part) | 01/20/11 | | | |
| 348.  -Hess Corp | | | | | Sold (part) | 03/28/11 | | | |
| 349.  -Home Depot Inc | | | | | Sold (part) | 01/20/11 | | | |
| 350.  -Home Depot Inc | | | | | Sold | 05/10/11 | | | |
| 351.  -Honeywell Int'l Inc | | | | | Sold (part) | 01/20/11 | | | |
| 352.  -Hospira Inc | | | | | Sold | 01/12/11 | | | |
| 353.  -Human Genome Sciences Inc | | | | | Sold (part) | 01/20/11 | | | |
| 354.  -Human Genome Sciences Inc | | | | | Sold | 07/27/11 | | | |
| 355.  -IBM | | | | | Sold (part) | 01/20/11 | | | |
| 356.  -IBM | | | | | Sold (part) | 10/21/11 | | | |
| 357.  -IBM | | | | | Sold (part) | 11/03/11 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Informatica Corp | | | | | Sold (part) | 01/20/11 | | | |
| 359. -Intercontinental Exchange Inc | | | | | Buy | 10/21/11 | | | |
| 360. -Intuit | | | | | Buy | 10/14/11 | | | |
| 361. -JP Morgan Chase & Co | | | | | Sold (part) | 01/20/11 | | | |
| 362. -Limited Brands Inc | | | | | Sold (part) | 01/11/11 | | | |
| 363. -Limited Brands Inc | | | | | Sold (part) | 01/20/11 | | | |
| 364. -Limited Brands Inc | | | | | Sold (part) | 05/19/11 | | | |
| 365. -Lincoln National Corp Ind | | | | | Buy | 08/17/11 | | | |
| 366. -Lorillard Inc | | | | | Buy | 08/25/11 | | | |
| 367. -McKesson Corp | | | | | Sold (part) | 01/20/11 | | | |
| 368. -Medtronic Inc | | | | | Sold (part) | 01/20/11 | | | |
| 369. -Medtronic Inc | | | | | Sold | 03/25/11 | | | |
| 370. -Merck & Co Inc | | | | | Sold (part) | 01/20/11 | | | |
| 371. -Microsoft Corp | | | | | Sold (part) | 01/20/11 | | | |
| 372. -Microsoft Corp | | | | | Sold (part) | 03/07/11 | | | |
| 373. -Microsoft Corp | | | | | Sold | 05/05/11 | | | |
| 374. -Morgan Stanley | | | | | Sold (part) | 01/20/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Morgan Stanley | | | | | Sold | 08/17/11 | | | |
| 376. -Motorola Inc (Spinoff of Motorola Holdings Inc) | | | | | | 01/04/11 | | | |
| 377. -Motorola Inc | | | | | Sold (part) | 01/20/11 | | | |
| 378. -Motorola Inc | | | | | Sold (part) | 02/08/11 | | | |
| 379. -Motorola Inc | | | | | Sold (part) | 04/29/11 | | | |
| 380. -Motorola Inc | | | | | Sold | 05/02/11 | | | |
| 381. -Motorola Mobility Holdings Inc (spin off from Motorola Inc) | | | | | Spinoff (from line 376) | 01/04/11 | | | |
| 382. -Motorola Mobility Holdings Inc | | | | | Sold (part) | 01/20/11 | | | |
| 383. -Motorola Mobility Holdings Inc | | | | | Sold (part) | 02/15/11 | | | |
| 384. -Motorola Mobility Holdings Inc | | | | | Sold (part) | 04/29/11 | | | |
| 385. -Motorola Mobility Holdings Inc | | | | | Sold | 05/02/11 | | | |
| 386. -National Oilwell Varco Inc | | | | | Buy | 11/07/11 | | | |
| 387. -National Oilwell Varco Inc | | | | | Buy (add'l) | 12/14/11 | | | |
| 388. -Netapp Inc | | | | | Buy | 08/24/11 | | | |
| 389. -Netapp Inc | | | | | Buy (add'l) | 10/21/11 | | | |
| 390. -Newell Rubbermaid Inc | | | | | Sold (part) | 01/20/11 | | | |
| 391. -Newell Rubbermaid Inc | | | | | Buy (add'l) | 02/01/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.  -Newell Rubbermaid Inc | | | | | Sold (part) | 08/15/11 | | | |
| 393.  -Newell Rubbermaid Inc | | | | | Sold | 11/29/11 | | | |
| 394.  -News Corp Inc | | | | | Sold (part) | 01/20/11 | | | |
| 395.  -News Corp Inc | | | | | Sold (part) | 08/26/11 | | | |
| 396.  -Nextera Energy Inc | | | | | Sold (part) | 01/20/11 | | | |
| 397.  -Nextera Energy Inc | | | | | Buy (add'l) | 04/11/11 | | | |
| 398.  -Nordstrom | | | | | Sold (part) | 01/20/11 | | | |
| 399.  -Nordstrom | | | | | Sold | 11/08/11 | | | |
| 400.  -Norfolk Southern Corp | | | | | Sold (part) | 01/20/11 | | | |
| 401.  -Occidental Petro Corp | | | | | Sold (part) | 01/20/11 | | | |
| 402.  -Occidental Petro Corp | | | | | Sold (part) | 08/22/11 | | | |
| 403.  -Omnicom Group Inc | | | | | Buy (add'l) | 01/12/11 | | | |
| 404.  -Omnicom Group Inc | | | | | Sold (part) | 01/20/11 | | | |
| 405.  -Oracle Corp | | | | | Sold (part) | 01/20/11 | | | |
| 406.  -Pepsico Inc | | | | | Sold (part) | 01/20/11 | | | |
| 407.  -Pepsico Inc | | | | | Buy (add'l) | 05/18/11 | | | |
| 408.  -Pfizer Inc | | | | | Sold (part) | 01/20/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -Pfizer Inc | | | | | Sold (part) | 05/13/11 | | | |
| 410. -Phillip Morris | | | | | Sold (part) | 01/20/11 | | | |
| 411. -Phillip Morris | | | | | Sold (part) | 05/18/11 | | | |
| 412. -Phillip Morris | | | | | Buy (add'l) | 11/03/11 | | | |
| 413. -Ppl Corp | | | | | Buy | 04/07/11 | | | |
| 414. -Praxir Inc | | | | | Sold (part) | 01/20/11 | | | |
| 415. -Procter & Gamble Co | | | | | Sold (part) | 01/20/11 | | | |
| 416. -Public Svc Enterprise Group Inc | | | | | Sold (part) | 01/20/11 | | | |
| 417. -Public Svc Enterprise Group Inc | | | | | Sold | 04/11/11 | | | |
| 418. -PVH Corp | | | | | Buy | 11/07/11 | | | |
| 419. -Qualcomm Inc | | | | | Sold (part) | 01/20/11 | | | |
| 420. -Raytheon Co | | | | | Sold (part) | 01/20/11 | | | |
| 421. -Raytheon Co | | | | | Sold | 02/02/11 | | | |
| 422. -Robert Half Intl Inc | | | | | Buy | 12/07/11 | | | |
| 423. -Rydex Managed Futures Strategy Fund - Y | | | | | Buy | 01/18/11 | | | |
| 424. -Schwab Charles Corp New | | | | | Buy (add'l) | 01/10/11 | | | |
| 425. -Schwab Charles Corp New | | | | | Sold (part) | 01/20/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  -Schwab Charles Corp New | | | | | Sold | 08/17/11 | | | |
| 427.  -St. Jude Medical Inc | | | | | Buy | 03/25/11 | | | |
| 428.  -St. Jude Medical Inc | | | | | Buy (add'l) | 04/29/11 | | | |
| 429.  -St. Jude Medical Inc. | | | | | Buy (add'l) | 05/02/11 | | | |
| 430.  -Target Corp | | | | | Sold (part) | 01/11/11 | | | |
| 431.  -Target Corp | | | | | Sold (part) | 01/20/11 | | | |
| 432.  -Target Corp | | | | | Sold | 02/03/11 | | | |
| 433.  -Target Corp | | | | | Buy | 11/25/11 | | | |
| 434.  -Target Corp | | | | | Buy (add'l) | 12/09/11 | | | |
| 435.  -Teradata Corp | | | | | Buy | 03/07/11 | | | |
| 436.  -Textron Inc | | | | | Sold (part) | 01/20/11 | | | |
| 437.  -Textron Inc | | | | | Sold | 11/07/11 | | | |
| 438.  -ThermoFisher Scientific Inc | | | | | Sold (part) | 01/20/11 | | | |
| 439.  -ThermoFisher Scientific Inc | | | | | Sold | 12/15/11 | | | |
| 440.  -Time Warner Inc | | | | | Sold (part) | 01/20/11 | | | |
| 441.  -Time Warner Inc | | | | | Sold | 08/26/11 | | | |
| 442.  -Transcanada Corp | | | | | Buy | 10/21/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Tyco Intl Ltd - W/I | | | | | Sold (part) | 01/20/11 | | | |
| 444. -Unilever PLC ADR | | | | | Sold (part) | 01/20/11 | | | |
| 445. -Unilever PLC ADR | | | | | Buy (add'l) | 05/19/11 | | | |
| 446. -Vale SA-Sp ADR | | | | | Sold (part) | 01/20/11 | | | |
| 447. -Vmware Inc | | | | | Buy | 09/14/11 | | | |
| 448. -Vmware Inc | | | | | Buy (add'l) | 10/14/11 | | | |
| 449. -Vmware Inc | | | | | Buy (add'l) | 10/21/11 | | | |
| 450. -Wells Fargo & Co New | | | | | Sold (part) | 01/20/11 | | | |
| 451. -Wells Fargo & Co New | | | | | Buy (add'l) | 03/08/11 | | | |
| 452. -Zimmer Holdings Inc | | | | | Buy | 05/12/11 | | | |
| 453. -Defenders M-S Hedge Fd | | | | | Sold (part) | 03/14/11 | | | |
| 454. -Defenders M-S Hedge Fd | | | | | Sold (part) | 05/26/11 | | | |
| 455. -Defenders M-S Hedge Fd | | | | | Sold (part) | 08/29/11 | | | |
| 456. -Dreyfus Inflation Adjusted Securities Fund | | | | | Buy | 01/18/11 | | | |
| 457. -Dreyfus Inflation Adjusted Securities Fund | | | | | Buy (add'l) | 12/21/11 | | | |
| 458. -Dreyfus Mid Cap Index Fd | | | | | Sold (part) | 01/18/11 | | | |
| 459. -Dreyfus Mid Cap Index Fd | | | | | Buy (add'l) | 03/30/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -Dreyfus Mid Cap Index Fd | | | | | Buy (add'l) | 12/29/11 | | | |
| 461. -Dreyfus/Newton Intern Equity-1 | | | | | Sold (part) | 01/18/11 | | | |
| 462. -Dreyfus/Newton Intern Equity-1 | | | | | Buy (add'l) | 12/15/11 | | | |
| 463. -Dreyfus Opportunistic Small Cap Fund | | | | | Buy | 01/18/11 | | | |
| 464. -Dreyfus Opportunistic Small Cap Fund | | | | | Buy (add'l) | 12/09/11 | | | |
| 465. -Dreyfus Premier Limited Term High Yield Fund Cl I | | | | | Buy | 01/18/11 | | | |
| 466. -Dreyfus Select Managers Small Cap Growth Fund - I | | | | | Buy | 01/18/11 | | | |
| 467. -Dreyfus Select Managers Small Cap Value Fund - I | | | | | Buy | 01/18/11 | | | |
| 468. -Dreyfus Select Managers Small Cap Value Fund - I | | | | | Buy (add'l) | 12/30/11 | | | |
| 469. -Ishares S&P GSCI Commodity-Ind | | | | | | | | | |
| 470. -Strategic Global Stock Fund | | | | | Sold (part) | 01/18/11 | | | |
| 471. -Strategic Global Stock Fund | | | | | Buy (add'l) | 12/30/11 | | | |
| 472. -BNY Mellon Bond Fund Cl M | | | | | Buy | 01/18/11 | | | |
| 473. -BNY Mellon Bond Fund Cl M | | | | | Buy (add'l) | 12/16/11 | | | |
| 474. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy (add'l) | 01/18/11 | | | |
| 475. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy (add'l) | 12/21/11 | | | |
| 476. -BNY Mellon Intermediate Bond Fund Cl M | | | | | Buy | 01/18/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -BNY Mellon Intermediate Bond Fund Cl M | | | | | Buy (add'l) | 12/16/11 | | | |
| 478. -BNY Mellon Int'l Fund Cl M | | | | | Buy (add'l) | 01/18/11 | | | |
| 479. -BNY Mellon Large Cap Mkt Opportunities Fund Cl M | | | | | Buy | 01/20/11 | | | |
| 480. -BNY Mellon Mid Cap Stock Fd Cl M | | | | | Sold (part) | 01/18/11 | | | |
| 481. -BNY Mellon Mid Cap Stock Fd Cl M | | | | | Buy (add'l) | 12/09/11 | | | |
| 482. -BNY Mellon Municipal Opportunities Fund - M | | | | | Buy | 01/18/11 | | | |
| 483. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Sold (part) | 01/18/11 | | | |
| 484. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Buy (add'l) | 12/09/11 | | | |
| 485. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Sold (part) | 01/18/11 | | | |
| 486. -BNY Mellon Optima L/S Strategy Fd LLC | | | | | | | | | |
| 487. -BNY Mellon Short-Term US Government Securities Fund - Cl M | | | | | Buy | 01/18/11 | | | |
| 488. -BNY Mellon Small Cap Stock Fund Cl M | | | | | Sold (part) | 01/18/11 | | | |
| 489. -BNY Mellon Small/Mid Cap Fund - M | | | | | Buy | 01/18/11 | | | |
| 490. -BNY Mellon US Equity Core | | | | | Sold | 01/18/11 | | | |
| 491. Trust #4 (1/6 Income Int) | D | Div & Int | O | T | | | P1 | E | See Section VIII #1 |
| 492. -BNY Mellon MM Fund Cl M | | | | | Mon Mkt Inv | | | | |
| 493. -Advantage Global Alpha Fund-I | | | | | Buy | 01/09/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  -Advantage Global Alpha Fund-I | | | | | Sold (part) | 10/03/11 | | | |
| 495.  -AT&T Inc | | | | | Sold (part) | 01/20/11 | | | |
| 496.  -AT&T Inc | | | | | Sold (part) | 10/04/11 | | | |
| 497.  -Alliance Data Sys Corp | | | | | Sold (part) | 01/20/11 | | | |
| 498.  -Alliance Data Sys Corp | | | | | Sold (part) | 10/04/11 | | | |
| 499.  -Allscripts-Misys Healthcare Solution | | | | | Sold (part) | 01/20/11 | | | |
| 500.  -Allscripts-Misys Healthcare Solution | | | | | Sold (part) | 10/04/11 | | | |
| 501.  -Amazon.Com Inc | | | | | Buy | 05/05/11 | | | |
| 502.  -Amazon.Com Inc | | | | | Sold (part) | 10/04/11 | | | |
| 503.  -American Express | | | | | Sold (part) | 01/20/11 | | | |
| 504.  -American Express | | | | | Sold (part) | 10/04/11 | | | |
| 505.  -Amerprise Finl Inc | | | | | Buy (add'l) | 01/11/11 | | | |
| 506.  -Amerprise Finl Inc | | | | | Sold (part) | 01/20/11 | | | |
| 507.  -Amerprise Finl Inc | | | | | Sold (part) | 10/04/11 | | | |
| 508.  -Amylin Pharmaceuticals Inc | | | | | Sold (part) | 01/20/11 | | | |
| 509.  -Amylin Pharmaceuticals Inc | | | | | Sold | 03/10/11 | | | |
| 510.  -Anadarko Petroleum Corp | | | | | Sold (part) | 01/20/11 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  -Anadarko Petroleum Corp | | | | | Sold (part) | 10/04/11 | | | |
| 512.  -Apache Corp | | | | | Sold (part) | 01/20/11 | | | |
| 513.  -Apache Corp | | | | | Sold (part) | 10/04/11 | | | |
| 514.  -Apple Inc | | | | | Sold (part) | 01/20/11 | | | |
| 515.  -Apple Inc | | | | | Sold (part) | 10/04/11 | | | |
| 516.  -Asg Global Alternatives Fund-Y | | | | | Buy | 01/18/11 | | | |
| 517.  -Asg Global Alternatives Fund-Y | | | | | Buy (add'l) | 04/13/11 | | | |
| 518.  -Asg Global Alternatives Fund-Y | | | | | Buy (add'l) | 09/30/11 | | | |
| 519.  -Asg Global Alternatives Fund-Y | | | | | Sold | 12/30/11 | | | |
| 520.  -Autodesk Inc | | | | | Buy | 07/25/11 | | | |
| 521.  -Autodesk Inc | | | | | Sold (part) | 08/24/11 | | | |
| 522.  -Autodesk Inc | | | | | Sold | 09/14/11 | | | |
| 523.  -Autoliv Inc | | | | | Sold (part) | 01/20/11 | | | |
| 524.  -Autoliv Inc | | | | | Sold (part) | 02/03/11 | | | |
| 525.  -Autoliv Inc | | | | | Sold (part) | 10/04/11 | | | |
| 526.  -Bank of America Corp | | | | | Sold (part) | 01/20/11 | | | |
| 527.  -Bank of America Corp | | | | | Sold (part) | 08/17/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  -Bank of America Corp | | | | | Sold (part) | 10/04/11 | | | |
| 529.  -Baxter International Inc | | | | | Buy | 08/15/11 | | | |
| 530.  -Baxter International Inc | | | | | Buy (add'l) | 08/23/11 | | | |
| 531.  -Baxter International Inc | | | | | Buy (add'l) | 11/07/11 | | | |
| 532.  -Baxter International Inc | | | | | Sold (part) | 10/04/11 | | | |
| 533.  -BMC Software Inc | | | | | Buy | 02/15/11 | | | |
| 534.  -BMC Software Inc | | | | | Buy (add'l) | 03/09/11 | | | |
| 535.  -BMC Software Inc | | | | | Sold (part) | 10/04/11 | | | |
| 536.  -BMC Software Inc | | | | | Sold | 10/17/11 | | | |
| 537.  -Capital One Financial Corp | | | | | Sold (part) | 01/20/11 | | | |
| 538.  -Capital One Financial Corp | | | | | Sold (part) | 10/04/11 | | | |
| 539.  -Capital One Financial Corp | | | | | Sold (part) | 10/24/11 | | | |
| 540.  -Carnival Corp | | | | | Sold (part) | 01/20/11 | | | |
| 541.  -Carnival Corp | | | | | Sold (part) | 10/04/11 | | | |
| 542.  -Caterpillar Inc | | | | | Sold (part) | 01/20/11 | | | |
| 543.  -Caterpillar Inc | | | | | Sold (part) | 10/04/11 | | | |
| 544.  -Cbs Corp Class B | | | | | Buy | 05/10/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  -Cbs Corp Class B | | | | | Sold (part) | 10/04/11 | | | |
| 546.  -Chubb Corp | | | | | Sold (part) | 01/20/11 | | | |
| 547.  -Chubb Corp | | | | | Sold (part) | 10/04/11 | | | |
| 548.  -Chubb Corp | | | | | Buy (add'l) | 10/21/11 | | | |
| 549.  -Cigna Corp | | | | | Sold (part) | 01/20/11 | | | |
| 550.  -Cigna Corp | | | | | Sold (part) | 10/04/11 | | | |
| 551.  -Cisco Sys Inc | | | | | Sold (part) | 01/20/11 | | | |
| 552.  -Cisco Sys Inc | | | | | Sold | 02/15/11 | | | |
| 553.  -Citigroup Inc | | | | | Buy | 02/03/11 | | | |
| 554.  -Citigroup Inc | | | | | Sold (part) | 10/04/11 | | | |
| 555.  -Cognizant Technology Solutions Corp | | | | | Buy | 10/14/11 | | | |
| 556.  -Cognizant Technology Solutions Corp | | | | | Buy (add'l) | 10/17/11 | | | |
| 557.  -Comerica Inc | | | | | Sold (part) | 01/20/11 | | | |
| 558.  -Comerica Inc | | | | | Sold (part) | 10/04/11 | | | |
| 559.  -Comerica Inc | | | | | Sold | 12/08/11 | | | |
| 560.  -Concophillips | | | | | Sold (part) | 01/20/11 | | | |
| 561.  -Concophillips | | | | | Sold (part) | 10/04/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -Concophillips | | | | | Sold (part) | 11/16/11 | | | |
| 563. -Covidien PLC | | | | | Buy | 01/06/11 | | | |
| 564. -Covidien PLC | | | | | Sold (part) | 01/20/11 | | | |
| 565. -Covidien PLC | | | | | Sold (part) | 10/04/11 | | | |
| 566. -Cummins Inc | | | | | Sold (part) | 01/20/11 | | | |
| 567. -Cummins Inc | | | | | Sold (part) | 08/25/11 | | | |
| 568. -Cummins Inc | | | | | Sold (part) | 10/04/11 | | | |
| 569. -CVS/Caremark Corp | | | | | Sold (part) | 01/20/11 | | | |
| 570. -CVS/Caremark Corp | | | | | Sold | 05/13/11 | | | |
| 571. -Danaher Corp | | | | | Sold (part) | 01/20/11 | | | |
| 572. -Danaher Corp | | | | | Sold (part) | 10/04/11 | | | |
| 573. -Defenders M-S Hedge Fd | | | | | Sold (part) | 03/14/11 | | | |
| 574. -Defenders M-S Hedge Fd | | | | | Sold (part) | 05/26/11 | | | |
| 575. -Defenders M-S Hedge Fd | | | | | Sold (part) | 08/29/11 | | | |
| 576. -Du Pont EI De Numours | | | | | Sold (part) | 01/20/11 | | | |
| 577. -Du Pont EI De Numours | | | | | Sold (part) | 10/04/11 | | | |
| 578. -Electronic Arts Inc | | | | | Buy | 08/17/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. -Electronic Arts Inc | | | | | Sold (part) | 10/04/11 | | | |
| 580. -EMC Corp Mass | | | | | Sold (part) | 01/20/11 | | | |
| 581. -EMC Corp Mass | | | | | Buy (add'l) | 05/05/11 | | | |
| 582. -EMC Corp Mass | | | | | Sold (part) | 10/04/11 | | | |
| 583. -EMC Corp Mass | | | | | Buy (add'l) | 10/21/11 | | | |
| 584. -Energizer Holdings | | | | | Sold (part) | 01/20/11 | | | |
| 585. -Energizer Holdings | | | | | Sold (part) | 10/04/11 | | | |
| 586. -Ensco International PLC | | | | | Buy | 03/28/11 | | | |
| 587. -Ensco International PLC | | | | | Sold (part) | 10/04/11 | | | |
| 588. -Eog Res Inc | | | | | Buy | 11/16/11 | | | |
| 589. -Exxon Mobil Corp | | | | | Sold (part) | 01/20/11 | | | |
| 590. -Exxon Mobil Corp | | | | | Sold (part) | 03/28/11 | | | |
| 591. -Exxon Mobil Corp | | | | | Sold (part) | 10/04/11 | | | |
| 592. -Ford Motor Co | | | | | Buy (add'l) | 01/11/11 | | | |
| 593. -Ford Motor Co | | | | | Sold (part) | 01/20/11 | | | |
| 594. -Ford Motor Co | | | | | Sold (part) | 10/04/11 | | | |
| 595. -Franklin Res Inc | | | | | Sold | 01/11/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -General Electric Co | | | | | Sold (part) | 01/20/11 | | | |
| 597. -General Electric Co | | | | | Buy (add'l) | 02/02/11 | | | |
| 598. -General Electric Co | | | | | Sold (part) | 10/04/11 | | | |
| 599. -Google Inc | | | | | Sold (part) | 01/20/11 | | | |
| 600. -Google Inc | | | | | Sold (part) | 05/05/11 | | | |
| 601. -Google Inc | | | | | Sold (part) | 10/14/11 | | | |
| 602. -Halliburton Co | | | | | Sold (part) | 01/20/11 | | | |
| 603. -Halliburton Co | | | | | Sold | 10/04/11 | | | |
| 604. -Hess Corp | | | | | Sold (part) | 01/20/11 | | | |
| 605. -Hess Corp | | | | | Sold (part) | 03/28/11 | | | |
| 606. -Hess Corp | | | | | Sold (part) | 10/04/11 | | | |
| 607. -Highbridge Dynamic Commodities Strategy Fund - E | | | | | Buy | 09/30/11 | | | |
| 608. -Highbridge Dynamic Commodities Strategy Fund - E | | | | | Buy (add'l) | 12/16/11 | | | |
| 609. -Highbridge Dynamic Commodities Strategy Fund - E | | | | | Buy (add'l) | 12/23/11 | | | |
| 610. -Highbridge Dynamic Commodities Strategy Fund - E | | | | | Sold | 12/30/11 | | | |
| 611. -Home Depot Inc | | | | | Sold (part) | 01/20/11 | | | |
| 612. -Home Depot Inc | | | | | Sold | 05/10/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  -Honeywell Int'l Inc | | | | | Sold (part) | 01/20/11 | | | |
| 614.  -Honeywell Int'l Inc | | | | | Sold (part) | 10/04/11 | | | |
| 615.  -Hospira Inc | | | | | Sold (part) | 01/03/11 | | | |
| 616.  -Hospira Inc | | | | | Sold | 01/12/11 | | | |
| 617.  -Human Genome Sciences Inc | | | | | Sold (part) | 01/20/11 | | | |
| 618.  -Human Genome Sciences Inc | | | | | Sold | 07/27/11 | | | |
| 619.  -IBM | | | | | Sold (part) | 01/20/11 | | | |
| 620.  -IBM | | | | | Sold (part) | 10/04/11 | | | |
| 621.  -IBM | | | | | Sold (part) | 11/03/11 | | | |
| 622.  -Informatica Corp | | | | | Sold (part) | 01/20/11 | | | |
| 623.  -Informatica Corp | | | | | Sold (part) | 10/04/11 | | | |
| 624.  -Intercontinental Exchange Inc | | | | | Buy | 10/21/11 | | | |
| 625.  -Intuit | | | | | Buy | 10/14/11 | | | |
| 626.  -JP Morgan Chase & Co | | | | | Sold (part) | 01/20/11 | | | |
| 627.  -JP Morgan Chase & Co | | | | | Sold (part) | 10/04/11 | | | |
| 628.  -Limited Brands Inc | | | | | Sold (part) | 01/11/11 | | | |
| 629.  -Limited Brands Inc | | | | | Sold (part) | 01/20/11 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. -Limited Brands Inc | | | | | Sold (part) | 05/19/11 | | | |
| 631. -Limited Brands Inc | | | | | Sold (part) | 10/04/11 | | | |
| 632. -Lincoln National Corp Inc | | | | | Buy | 08/17/11 | | | |
| 633. -Lincoln National Corp Inc | | | | | Sold (part) | 10/04/11 | | | |
| 634. -Lorillard Inc | | | | | Buy | 08/25/11 | | | |
| 635. -Lorillard Inc | | | | | Sold (part) | 10/04/11 | | | |
| 636. -McKesson Corp | | | | | Sold (part) | 01/20/11 | | | |
| 637. -McKesson Corp | | | | | Sold (part) | 10/04/11 | | | |
| 638. -Medtronic Inc | | | | | Sold (part) | 01/20/11 | | | |
| 639. -Medtronic Inc | | | | | Sold | 03/25/11 | | | |
| 640. -Merck & Co Inc | | | | | Sold (part) | 01/20/11 | | | |
| 641. -Merck & Co Inc | | | | | Sold (part) | 10/04/11 | | | |
| 642. -Microsoft Corp | | | | | Sold (part) | 01/20/11 | | | |
| 643. -Microsoft Corp | | | | | Sold (part) | 03/07/11 | | | |
| 644. -Microsoft Corp | | | | | Sold | 05/05/11 | | | |
| 645. -Morgan Stanley | | | | | Sold (part) | 01/20/11 | | | |
| 646. -Morgan Stanley | | | | | Sold | 08/17/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. -Motorola Inc (Spinoff of Motorola Holdings Inc) | | | | | | 01/04/11 | | | |
| 648. -Motorola Inc | | | | | Sold (part) | 01/20/11 | | | |
| 649. -Motorola Inc | | | | | Sold (part) | 04/29/11 | | | |
| 650. -Motorola Inc | | | | | Sold | 05/02/11 | | | |
| 651. -Motorola Mobility Holdings Inc (Spinoff From Motorola Inc) | | | | | Spinoff (from line 647) | 01/04/11 | | | |
| 652. -Motorola Mobility Holdings Inc | | | | | Sold (part) | 01/20/11 | | | |
| 653. -Motorola Mobility Holdings Inc | | | | | Sold (part) | 04/29/11 | | | |
| 654. -Motorola Mobility Holdings Inc | | | | | Sold | 05/02/11 | | | |
| 655. -National Oilwell Varco Inc | | | | | Buy | 11/07/11 | | | |
| 656. -National Oilwell Varco Inc | | | | | Buy (add'l) | 12/14/11 | | | |
| 657. -Netapp Inc | | | | | Buy | 08/24/11 | | | |
| 658. -Netapp Inc | | | | | Buy (add'l) | 10/24/11 | | | |
| 659. -Netapp Inc | | | | | Sold (part) | 10/04/11 | | | |
| 660. -Newell Rubbermaid Inc | | | | | Sold (part) | 01/20/11 | | | |
| 661. -Newell Rubbermaid Inc | | | | | Buy (add'l) | 02/01/11 | | | |
| 662. -Newell Rubbermaid Inc | | | | | Sold (part) | 08/15/11 | | | |
| 663. -Newell Rubbermaid Inc | | | | | Sold (part) | 10/04/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664.  -Newell Rubbermaid Inc | | | | | Sold | 11/29/11 | | | |
| 665.  -News Corp Inc | | | | | Sold (part) | 01/20/11 | | | |
| 666.  -News Corp Inc | | | | | Sold (part) | 08/26/11 | | | |
| 667.  -News Corp Inc | | | | | Sold (part) | 10/04/11 | | | |
| 668.  -Nextera Energy Inc | | | | | Sold (part) | 01/20/11 | | | |
| 669.  -Nextera Energy Inc | | | | | Buy (add'l) | 04/11/11 | | | |
| 670.  -Nextera Energy Inc | | | | | Sold (part) | 10/04/11 | | | |
| 671.  -Nordstrom | | | | | Sold (part) | 01/20/11 | | | |
| 672.  -Nordstrom | | | | | Sold (part) | 10/04/11 | | | |
| 673.  -Nordstrom | | | | | Sold | 11/08/11 | | | |
| 674.  -Norfolk Southern Corp | | | | | Sold (part) | 01/20/11 | | | |
| 675.  -Norfolk Southern Corp | | | | | Sold (part) | 10/04/11 | | | |
| 676.  -Occidental Petro Corp | | | | | Sold (part) | 01/20/11 | | | |
| 677.  -Occidental Petro Corp | | | | | Sold (part) | 08/22/11 | | | |
| 678.  -Occidental Petro Corp | | | | | Sold (part) | 10/04/11 | | | |
| 679.  -Omnicom Group Inc | | | | | Buy (add'l) | 01/12/11 | | | |
| 680.  -Omnicom Group Inc | | | | | Sold (part) | 01/20/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. -Omnicom Group Inc | | | | | Sold (part) | 10/04/11 | | | |
| 682. -Oracle Corp | | | | | Sold (part) | 01/20/11 | | | |
| 683. -Oracle Corp | | | | | Sold (part) | 10/04/11 | | | |
| 684. -Pepsico Inc | | | | | Sold (part) | 01/20/11 | | | |
| 685. -Pepsico Inc | | | | | Buy (add'l) | 05/18/11 | | | |
| 686. -Pepsico Inc | | | | | Sold (part) | 10/04/11 | | | |
| 687. -Pfizer Inc | | | | | Sold (part) | 01/20/11 | | | |
| 688. -Pfizer Inc | | | | | Sold (part) | 05/13/11 | | | |
| 689. -Pfizer Inc | | | | | Sold (part) | 10/04/11 | | | |
| 690. -Phillip Morris | | | | | Sold (part) | 01/20/11 | | | |
| 691. -Phillip Morris | | | | | Sold (part) | 05/18/11 | | | |
| 692. -Phillip Morris | | | | | Sold (part) | 10/04/11 | | | |
| 693. -Phillip Morris | | | | | Buy (add'l) | 11/03/11 | | | |
| 694. -Ppl Corp | | | | | Buy | 04/07/11 | | | |
| 695. -Ppl Corp | | | | | Sold (part) | 10/04/11 | | | |
| 696. -Praxair Inc | | | | | Sold (part) | 01/20/11 | | | |
| 697. -Praxair Inc | | | | | Sold (part) | 10/04/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -Procter & Gamble Co | | | | | Sold (part) | 01/20/11 | | | |
| 699. -Procter & Gamble Co | | | | | Sold (part) | 10/04/11 | | | |
| 700. -Public Svc Enterprise Group Inc | | | | | Sold (part) | 01/20/11 | | | |
| 701. -Public Svc Enterprise Group Inc | | | | | Sold | 04/11/11 | | | |
| 702. -PVH Corp | | | | | Buy | 11/07/11 | | | |
| 703. -Qualcomm Inc | | | | | Sold (part) | 01/20/11 | | | |
| 704. -Qualcomm Inc | | | | | Sold (part) | 10/04/11 | | | |
| 705. -Raytheon Corp | | | | | Sold (part) | 01/20/11 | | | |
| 706. -Raytheon Corp | | | | | Sold | 02/02/11 | | | |
| 707. -Robert Half Int'l Inc | | | | | Buy | 12/07/11 | | | |
| 708. -Rydex Managed Futures Strategy Fund - Y | | | | | Buy | 01/20/11 | | | |
| 709. -Rydex Managed Futures Strategy Fund - Y | | | | | Sold (part) | 09/30/11 | | | |
| 710. -Rydex Managed Futures Strategy Fund - Y | | | | | Sold | 12/30/11 | | | |
| 711. -Schwab Charles Corp | | | | | Buy (add'l) | 01/10/11 | | | |
| 712. -Schwab Charles Corp | | | | | Sold (part) | 01/20/11 | | | |
| 713. -Schwab Charles Corp | | | | | Sold | 08/17/11 | | | |
| 714. -St. Jude Medical Inc | | | | | Buy | 03/25/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 715. -St. Jude Medical Inc | | | | | Buy<br>(add'l) | 04/29/11 | | | |
| 716. -St. Jude Medical Inc | | | | | Buy<br>(add'l) | 05/02/11 | | | |
| 717. -St. Jude Medical Inc | | | | | Sold<br>(part) | 10/04/11 | | | |
| 718. -Strategic International Stock Fund | | | | | Buy | 09/30/11 | | | |
| 719. -Target Corp | | | | | Sold<br>(part) | 01/11/11 | | | |
| 720. -Target Corp | | | | | Sold<br>(part) | 01/20/11 | | | |
| 721. -Target Corp | | | | | Sold | 02/03/11 | | | |
| 722. -Target Corp | | | | | Buy | 11/23/11 | | | |
| 723. -Target Corp | | | | | Buy<br>(add'l) | 12/13/11 | | | |
| 724. -Tcw Emerging Markets Income Fund - I | | | | | Buy | 09/30/11 | | | |
| 725. -Teradata Corporation | | | | | Buy | 03/07/11 | | | |
| 726. -Teradata Corporation | | | | | Sold<br>(part) | 10/04/11 | | | |
| 727. -Textron Inc | | | | | Sold<br>(part) | 01/20/11 | | | |
| 728. -Textron Inc | | | | | Sold<br>(part) | 10/04/11 | | | |
| 729. -Textron Inc | | | | | Sold | 11/07/11 | | | |
| 730. -ThermoFisher Scientific Inc | | | | | Sold<br>(part) | 01/20/11 | | | |
| 731. -ThermoFisher Scientific Inc | | | | | Sold<br>(part) | 10/04/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. -Thermo Fisher Scientific Inc | | | | | Sold | 12/15/11 | | | |
| 733. -Time Warner Inc | | | | | Sold (part) | 01/20/11 | | | |
| 734. -Time Warner Inc | | | | | Sold | 08/26/11 | | | |
| 735. -Transcanada Corp | | | | | Buy | 10/21/11 | | | |
| 736. -Tyco Int'l Ltd | | | | | Sold (part) | 01/20/11 | | | |
| 737. -Tyco Int'l Ltd | | | | | Sold (part) | 10/04/11 | | | |
| 738. -Unilever PLC ADR | | | | | Sold (part) | 01/20/11 | | | |
| 739. -Unilever PLC ADR | | | | | Sold (part) | 10/04/11 | | | |
| 740. -Unilever PLC ADR | | | | | Buy (add'l) | 05/19/11 | | | |
| 741. -Vale SA-Sp | | | | | Sold (part) | 01/20/11 | | | |
| 742. -Vale SA-Sp | | | | | Sold (part) | 10/04/11 | | | |
| 743. -Vmware Inc | | | | | Buy | 09/14/11 | | | |
| 744. -Vmware Inc | | | | | Sold (part) | 10/04/11 | | | |
| 745. -Vmware Inc | | | | | Buy (add'l) | 10/14/11 | | | |
| 746. -Vmware Inc | | | | | Buy (add'l) | 10/21/11 | | | |
| 747. -Wells Fargo & Co New | | | | | Sold (part) | 01/20/11 | | | |
| 748. -Wells Fargo & Co New | | | | | Buy (add'l) | 03/08/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -Wells Fargo & Co New | | | | | Sold (part) | 10/04/11 | | | |
| 750. -Zimmer Holdings Inc | | | | | Buy | 05/12/11 | | | |
| 751. -Zimmer Holdings Inc | | | | | Sold (part) | 10/04/11 | | | |
| 752. -Dreyfus Mid Cap Index Fund | | | | | Sold (part) | 01/18/11 | | | |
| 753. -Dreyfus Mid Cap Index Fund | | | | | Buy (add'l) | 03/30/11 | | | |
| 754. -Dreyfus Mid Cap Index Fund | | | | | Sold (part) | 09/30/11 | | | |
| 755. -Dreyfus Mid Cap Index Fund | | | | | Buy (add'l) | 12/29/11 | | | |
| 756. -Ishares S&P GSCI Commodity Ind Trade | | | | | Sold (part) | 01/20/11 | | | |
| 757. -Ishares S&P GSCI Commodity Ind Trade | | | | | Sold (part) | 10/04/11 | | | |
| 758. -Strategic Glbl Stk Fd | | | | | Sold (part) | 01/18/11 | | | |
| 759. -Strategic Glbl Stk Fd | | | | | Sold | 09/30/11 | | | |
| 760. -BNY Mellon Bond Fund Cl M | | | | | Buy | 01/18/11 | | | |
| 761. -BNY Mellon Bond Fund Cl M | | | | | Sold | 09/30/11 | | | |
| 762. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy (add'l) | 01/18/11 | | | |
| 763. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Sold | 09/30/11 | | | |
| 764. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy | 12/22/11 | | | |
| 765. -BNY Mellon Income Stock Fund | | | | | Buy | 10/04/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -BNY Mellon Intermediate Bond Fd Cl M | | | | | Buy | 01/20/11 | | | |
| 767. -BNY Mellon Intermediate Bond Fd Cl M | | | | | Sold | 09/30/11 | | | |
| 768. -BNY Mellon Int'l Fund Cl M | | | | | Buy (add'l) | 01/18/11 | | | |
| 769. -BNY Mellon Int'l Fund Cl M | | | | | Buy (add'l) | 09/30/11 | | | |
| 770. -BNY Mellon Int'l Fund Cl M | | | | | Sold | 12/30/11 | | | |
| 771. -BNY Mellon L/C Mkt Opportunities Fund Cl M | | | | | Buy | 01/18/11 | | | |
| 772. -BNY Mellon L/C Mkt Opportunities Fund Cl M | | | | | Buy (add'l) | 09/30/11 | | | |
| 773. -BNY Mellon L/C Mkt Opportunities Fund Cl M | | | | | Sold | 12/30/11 | | | |
| 774. -BNY Mellon Mid Cap Stk | | | | | Sold (part) | 01/18/11 | | | |
| 775. -BNY Mellon Mid Cap Stk | | | | | Buy (add'l) | 09/30/11 | | | |
| 776. -BNY Mellon Mid Cap Stk | | | | | Buy (add'l) | 12/09/11 | | | |
| 777. -BNY Mellon Mid Cap Stk | | | | | Sold (part) | 12/30/11 | | | |
| 778. -BNY Mellon Municipal Opportunities Fund - M | | | | | Buy | 01/20/11 | | | |
| 779. -BNY Mellon Municipal Opportunities Fund - M | | | | | Sold (part) | 09/30/11 | | | |
| 780. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Sold (part) | 01/18/11 | | | |
| 781. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Sold (part) | 09/30/11 | | | |
| 782. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Buy (add'l) | 12/09/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. -BNY Mellon Natl ST Muni Bd Fd Cl M | | | | | Sold (part) | 01/18/11 | | | |
| 784. -BNY Mellon Natl ST Muni Bd Fd Cl M | | | | | Sold (part) | 09/30/11 | | | |
| 785. -BNY Mellon Natl ST Muni Bd Fd Cl M | | | | | Buy (add'l) | 12/30/11 | | | |
| 786. -BNY Mellon Small/Mid Cap Fund - M | | | | | Buy | 01/18/11 | | | |
| 787. -BNY Mellon Small/Mid Cap Fund - M | | | | | Sold (part) | 09/30/11 | | | |
| 788. -BNY Mellon Small/Mid Cap Fund - M | | | | | Sold | 12/30/11 | | | |
| 789. -BNY Mellon ST US Govt Securities Fund - Cl M | | | | | Buy | 01/18/11 | | | |
| 790. -BNY Mellon ST US Govt Securities Fund - Cl M | | | | | Sold | 09/30/11 | | | |
| 791. -Dreyfus Emerging Mkts Debt Local Currency Fund | | | | | Buy | 09/30/11 | | | |
| 792. -Dreyfus Emerging Mkts Debt Local Currency Fund | | | | | Sold (part) | 12/22/11 | | | |
| 793. -Dreyfus Emerging Markets Fund | | | | | Buy | 09/30/11 | | | |
| 794. -Dreyfus Emerging Markets Fund | | | | | Sold | 12/22/11 | | | |
| 795. -Dreyfus Inflation Adjusted Securities Fund | | | | | Buy | 01/20/11 | | | |
| 796. -Dreyfus Inflation Adjusted Securities Fund | | | | | Buy (add'l) | 12/21/11 | | | |
| 797. -Dreyfus Inflation Adjusted Securities Fund | | | | | Sold (part) | 09/30/11 | | | |
| 798. -Dreyfus/Newton Intl Eqty | | | | | Sold (part) | 01/18/11 | | | |
| 799. -Dreyfus/Newton Intl Eqty | | | | | Sold (part) | 09/30/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  -Dreyfus/Newton Intl Eqty | | | | | Buy (add'l) | 12/15/11 | | | |
| 801.  -Dreyfus Opportunistic Small Cap Fund | | | | | Buy | 01/18/11 | | | |
| 802.  -Dreyfus Opportunistic Small Cap Fund | | | | | Buy (add'l) | 09/30/11 | | | |
| 803.  -Dreyfus Opportunistic Small Cap Fund | | | | | Buy (add'l) | 12/09/11 | | | |
| 804.  -Dreyfus Opportunistic Small Cap Fund | | | | | Sold (part) | 12/30/11 | | | |
| 805.  -Dreyfus Premier Limited Term High Yield Fund Cl I | | | | | Buy | 01/18/11 | | | |
| 806.  -Dreyfus Premier Limited Term High Yield Fund Cl I | | | | | Sold | 09/30/11 | | | |
| 807.  -Dreyfus Select Managers Small Cap Growth Fund - I | | | | | Buy | 01/18/11 | | | |
| 808.  -Dreyfus Select Managers Small Cap Growth Fund - I | | | | | Sold (part) | 09/30/11 | | | |
| 809.  -Dreyfus Select Managers Small Cap Value Fund - I | | | | | Buy | 01/18/11 | | | |
| 810.  -Dreyfus Select Managers Small Cap Value Fund - I | | | | | Sold (part) | 09/30/11 | | | |
| 811.  -Dreyfus Select Managers Small Cap Value Fund - I | | | | | Sold | 12/30/11 | | | |
| 812.  -BNY Mellon Optima L/S Strategy Fd LLC | | | | | | | | | |
| 813.  -BNY Mellon Small Cap Stock Fund Cl M | | | | | Sold (part) | 01/18/11 | | | |
| 814.  -BNY Mellon Small Cap Stock Fund Cl M | | | | | Sold | 09/30/11 | | | |
| 815.  -BNY Mellon US Core Equity | | | | | Sold | 01/18/11 | | | |
| 816.  Custody Acct #1 (100% Interest) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 817. -PNC PA Tax Exempt MM Fund # 424 | A | Interest | K | T | | | | | |
| 818. -Abbott Laboratories | E | Dividend | O | T | Donated (part) | 11/15/11 | L | | |
| 819. -Abbott Laboratories | | | | | Donated (part) | 11/18/11 | J | | |
| 820. -Abbott Laboratories | | | | | Donated (part) | 11/21/11 | J | | |
| 821. -Agilent Tech Inc | | None | M | T | | | | | |
| 822. -American Express | C | Dividend | M | T | | | | | |
| 823. -Automatic Data Processing | D | Dividend | M | T | | | | | |
| 824. -Barrick Gold Corp | B | Dividend | M | T | Buy | 05/18/11 | M | | |
| 825. -BJW Inc (S Corp) Alexandria, V | | None | K | U | | | | | |
| 826. -Emerson Electric Co | D | Dividend | M | T | | | | | |
| 827. -Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 828. -Frontier Comm | B | Dividend | L | T | | | | | |
| 829. -General Electric Co | C | Dividend | M | T | | | | | |
| 830. -H J Heinz Co | D | Dividend | L | T | Sold (part) | 09/13/11 | M | G | |
| 831. -Ishares MSCI Pacific Ex Jpn | C | Dividend | L | T | | | | | |
| 832. -Johnson & Johnson | E | Dividend | O | T | Sold (part) | 05/18/11 | L | F | |
| 833. -Johnson & Johnson | | | | | Donated (part) | 05/13/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. -JP Morgan Chase | C | Dividend | L | T | Sold (part) | 09/13/11 | L | | |
| 835. -Merck & Co | E | Dividend | N | T | Sold (part) | 09/13/11 | M | G | |
| 836. -Merck & Co | | | | | Donated (part) | 12/13/11 | M | | |
| 837. -Microsoft Corp | D | Dividend | N | T | Sold (part) | 09/13/11 | M | G | |
| 838. -Monsanto Co | B | Dividend | | | Sold | 09/13/11 | M | | |
| 839. -National Grid PLC | C | Dividend | M | T | Sold (part) | 01/19/11 | J | | |
| 840. -Nestle S A | D | Dividend | N | T | | | | | |
| 841. -Oracle Corp | C | Dividend | N | T | | | | | |
| 842. -Pepsico Inc | D | Dividend | M | T | | | | | |
| 843. -Philllip Morris | C | Dividend | M | T | | | | | |
| 844. -Procter & Gamble | D | Dividend | N | T | | | | | |
| 845. -RPM Int'l Inc | D | Dividend | M | T | Sold (part) | 09/13/11 | L | | |
| 846. -Schlumberger Ltd | D | Dividend | M | T | Sold (part) | 09/13/11 | M | G | |
| 847. -Stryker Corp | C | Dividend | M | T | Sold (part) | 09/13/11 | M | F | |
| 848. -3M Co | D | Dividend | M | T | | | | | |
| 849. -Tortoise Energy Infrastructure | D | Dividend | M | T | | | | | |
| 850. -Transcanada Corp | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. -Verizon Communications | D | Dividend | M | T | | | | | |
| 852. -Vulcan Materials Co Com | A | Dividend | | | Sold | 05/18/11 | L | | |
| 853. -Wisdomtree Emerging Markets Small Cap Dividend Fund | C | Dividend | M | T | Buy | 05/18/11 | M | | |
| 854. -Cocalico SD PA 2.0-2014 | B | Interest | M | T | | | | | |
| 855. -Lancaster PA SD GO AGM St Aid Withhldg 2.0-2016 | A | Interest | M | T | Buy | 05/31/11 | L | | |
| 856. -Monroe County PA 2.8-2016 | C | Interest | M | T | | | | | |
| 857. -South Western SD PA York 3.15-2018 | C | Interest | M | T | | | | | |
| 858. -PA St 4.0-2011 | C | Interest | | | Matured | 08/01/11 | L | | |
| 859. -Ltd Partnerships -- | | | | | | | | | |
| 860. -One Atlanta Assocs - Atlanta, GA Real Estate | A | Distribution | K | W | | | | | |
| 861. -J&S Realty Markham - Ontario Real Est | A | Distribution | | | Distributed | 09/02/11 | K | | |
| 862. Bank Accts -- | | | | | | | | | |
| 863. -Mellon Bank N. A. | A | Interest | M | T | | | | | |
| 864. -PNC Bank | C | Interest | O | T | | | | | |
| 865. Trust #5 (100% Income Interest) | E | Div & Int | P1 | T | | | N | E | See Section VIII #1 |
| 866. -Blackrock MM Munifund # K-1 | | | | | Sold | 11/30/11 | | | |
| 867. -Blackrock MM Tempfund # H1 | | | | | Sold | 10/31/11 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. -Blackrock Funds Municipal MM Institutional Shares # 03 | | | | | Buy | 11/30/11 | | | |
| 869. -Apache Corp | | | | | Sold | 12/09/11 | | | |
| 870. -Apple Inc | | | | | | | | | |
| 871. -Bank of America Corp | | | | | Sold | 12/09/11 | | | |
| 872. -Bard C R Inc | | | | | | | | | |
| 873. -Baxter Intl Inc | | | | | | | | | |
| 874. -Bristol Meyers Squibb Co | | | | | | | | | |
| 875. -Caterpillar Inc | | | | | Buy | 07/12/11 | | | |
| 876. -Coca Cola Co | | | | | Sold (part) | 07/12/11 | | | |
| 877. -Disney Walt Co | | | | | | | | | |
| 878. -Dow Chemical Co | | | | | | | | | |
| 879. -Eaton Vance Global Macro Absolute Return Fund | | | | | Buy | 12/09/11 | | | |
| 880. -Exxon Mobil Corp | | | | | | | | | |
| 881. -Franklin Res Inc | | | | | | | | | |
| 882. -General Electric Co | | | | | | | | | |
| 883. -Goldman Sachs Group Inc | | | | | Sold | 07/12/11 | | | |
| 884. -H J Heinz Co | | | | | Sold (part) | 07/12/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. -Intel Corp | | | | | | | | | |
| 886. -Ishares Trst MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 887. -Johnson & Johnson | | | | | | | | | |
| 888. -Master Card | | | | | | | | | |
| 889. -McDonalds Corp Cl A | | | | | | | | | |
| 890. -Microsoft Corp | | | | | | | | | |
| 891. -JP Morgan Chase & Co | | | | | Sold | 12/09/11 | | | |
| 892. -Netapp Inc | | | | | Buy | 07/12/11 | | | |
| 893. -Netapp Inc | | | | | Sold | 12/09/11 | | | |
| 894. -Nextera Energy Inc | | | | | | | | | |
| 895. -Nike Inc Cl B | | | | | | | | | |
| 896. -Novartis AG | | | | | Buy | 07/12/11 | | | |
| 897. -Perkins Mid Cap Value | | | | | | | | | |
| 898. -Pimco Commodity Real Return Strategy Fund Cl P Fund # 1921 | | | | | Buy | 01/14/11 | | | |
| 899. -Pimco Commodity Real Return Strategy Fund Cl P Fund # 1921 | | | | | Sold | 12/09/11 | | | |
| 900. -Schlumberger Ltd | | | | | Sold (part) | 07/12/11 | | | |
| 901. -3M Co | | | | | Sold (part) | 07/12/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. -The Travelers Co | | | | | | | | | |
| 903. -Verizon | | | | | | | | | |
| 904. -Wal-Mart Stores | | | | | | | | | |
| 905. -Waste Management Inc | | | | | | | | | |
| 906. -Wells Fargo & Co New | | | | | | | | | |
| 907. -Calamas Growth Fund H606 | | | | | Sold | 12/09/11 | | | |
| 908. -Vanguard FTSE All World Ex-US Index Fd | | | | | | | | | |
| 909. Trust #6 (100% Income Interest) | F | Int./Div. | P1 | T | | | O | F | See Section VIII #1 |
| 910. -Blackrock MM Munifund # K1 | | | | | Sold | 11/30/11 | | | |
| 911. -Blackrock MM Tempfund # H1 | | | | | Sold | 11/30/11 | | | |
| 912. -Blackrock Funds Municipal MM Institutional Shares # 03 | | | | | Buy | 11/30/11 | | | |
| 913. -Abbott Laboratories Inc | | | | | Sold (part) | 07/12/11 | | | |
| 914. -Apache Corp | | | | | Sold | 12/09/11 | | | |
| 915. -Apple Inc | | | | | | | | | |
| 916. -Bank of America Corp | | | | | Sold | 12/09/11 | | | |
| 917. -Bard C R Inc | | | | | | | | | |
| 918. -Bristol Myers Squibb Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. -Caterpillar Inc | | | | | Buy | 07/12/11 | | | |
| 920. -Coca Cola Co | | | | | | | | | |
| 921. -Eaton Vance Global Macro Absolute Return Fund | | | | | Buy | 12/09/11 | | | |
| 922. -El Dupont deNemours | | | | | | | | | |
| 923. -Emerson Electric Co | | | | | Sold (part) | 07/12/11 | | | |
| 924. -Exxon Mobil Corp | | | | | | | | | |
| 925. -Franklin Res Inc | | | | | | | | | |
| 926. -General Mills Inc | | | | | | | | | |
| 927. -Goldman Sachs Group Inc | | | | | Sold | 05/26/11 | | | |
| 928. -Google Inc Cl A | | | | | | | | | |
| 929. -Home Depot Inc | | | | | Sold (part) | 07/12/11 | | | |
| 930. -Intel Corp | | | | | | | | | |
| 931. -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 932. -JP Morgan Chase & Co | | | | | Sold | 12/09/11 | | | |
| 933. -Kimberly-Clark Corp | | | | | | | | | |
| 934. -Master Card Inc Cl A | | | | | | | | | |
| 935. -McDonalds Corp | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. -Microsoft Corp | | | | | | | | | |
| 937. -Netapp Inc | | | | | Buy | 07/12/11 | | | |
| 938. -Netapp Inc | | | | | Sold | 12/09/11 | | | |
| 939. -Nextera Energy Inc | | | | | | | | | |
| 940. -Novartis AG | | | | | Buy | 07/12/11 | | | |
| 941. -Pimco Commodity Real Return Strategy Fund Cl P Fund # 1921 | | | | | Buy | 01/14/11 | | | |
| 942. -Pimco Commodity Real Return Strategy Fund Cl P Fund # 1921 | | | | | Sold | 12/09/11 | | | |
| 943. -PPG Industries Inc | | | | | | | | | |
| 944. -Proctor & Gamble Co | | | | | | | | | |
| 945. -Qualcomm Inc | | | | | | | | | |
| 946. -Schlumberger Ltd | | | | | Sold (part) | 07/12/11 | | | |
| 947. -3M Company | | | | | Sold (part) | 07/12/11 | | | |
| 948. -Vanguard FTSE All World Ex-US Index Fd | | | | | | | | | |
| 949. -Verizon | | | | | | | | | |
| 950. -Wal-Mart Stores Inc | | | | | | | | | |
| 951. -Waste Management Inc | | | | | | | | | |
| 952. -Wells Fargo & Co New | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. -Zimmer Holdings Inc | | | | | | | | | |
| 954. Trust #7 (No Income Rec'd) | None | P2 | T | | | | P1 | F | See Section VIII #1 |
| 955. -Blackrock MM Munifund # K1 | | | | | Sold | 11/30/11 | | | |
| 956. -Blackrock MM Tempfund # H1 | | | | | Sold | 11/30/11 | | | |
| 957. -Blackrock Funds Municipal MM Institutional Shares # 03 | | | | | Buy | 11/30/11 | | | |
| 958. -Centennial SD Bucks Cnty Ser A 2.0-2013 | | | | | Buy | 10/03/11 | | | |
| 959. -Cumberland Cnty PA 3.375 - 2015 | | | | | | | | | |
| 960. -Indiana St Fin Auth Rev 4.0-2011 | | | | | Matured | 02/01/11 | | | |
| 961. -N Coventry Twp PA 3.15 - 2014 | | | | | | | | | |
| 962. -Okaloosa Cnty FL Sch Bd 3.5 -2013 | | | | | | | | | |
| 963. -Pine Grove Area Sch Distg 3.25-2015 | | | | | | | | | |
| 964. -St Pub Sch Bldg Auth Red Bnk 3.75-2011 | | | | | Matured | 09/01/11 | | | |
| 965. -Susquehanna Twp PA Sch Dist 3.3-2015 | | | | | | | | | |
| 966. -Up Perkiomen Sch Dst 3.85-2014 | | | | | Sold | 06/16/11 | | | |
| 967. -Upper Dublin Twp PA 01.0-2013 | | | | | Buy | 10/12/11 | | | |
| 968. -Wilmington NC Wtr & Sewer 3.75-2012 | | | | | | | | | |
| 969. -Agilent Tech | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. -Allergan Inc | | | | | | | | | |
| 971. -American Express Co | | | | | | | | | |
| 972. -Apache Corp | | | | | Sold | 12/09/11 | | | |
| 973. -Apple Inc | | | | | | | | | |
| 974. -Bank of America Corp | | | | | Sold | 12/09/11 | | | |
| 975. -Bard C R Inc | | | | | | | | | |
| 976. -Caterpillar Inc | | | | | Buy | 07/12/11 | | | |
| 977. -Caterpillar Inc | | | | | Buy (add'l) | 12/09/11 | | | |
| 978. -ChevronTexaco Corp | | | | | | | | | |
| 979. -Coca Cola Corp | | | | | | | | | |
| 980. -Walt Disney Co | | | | | Sold (part) | 07/12/11 | | | |
| 981. -Dominion Resources Inc VA | | | | | | | | | |
| 982. -Dow Chemical | | | | | | | | | |
| 983. -Eaton Vance Global Macro Absolute Return Fund | | | | | Buy | 12/09/11 | | | |
| 984. -Emerson Electric Co | | | | | | | | | |
| 985. -Franklin Res Inc | | | | | | | | | |
| 986. -General Electric Co | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. -General Mills | | | | | | | | | |
| 988. -Goldman Sachs Group Inc | | | | | Sold | 07/12/11 | | | |
| 989. -Google Inc | | | | | | | | | |
| 990. -Hanesbrands | | | | | | | | | |
| 991. -Hewlett-Packard Co | | | | | | | | | |
| 992. -Int'l Business Machines Corp | | | | | Sold (part) | 07/12/11 | | | |
| 993. -Intel Corp | | | | | | | | | |
| 994. -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 995. -JP Morgan Chase & Co | | | | | Sold | 12/09/11 | | | |
| 996. -Marriott Int'l Inc (Spinoff of Marriot Vaca Worldwide Corp) | | | | | | 11/22/11 | | | |
| 997. -Marriott Vaca Worldwide Corp (Spinoff From Marriott Int'l) | | | | | Spinoff (from line 996) | 11/22/11 | | | |
| 998. -Marriott Vacations Worldwide Corp | | | | | Sold (part) | 11/28/11 | | | |
| 999. -Mastercard Inc Cl A | | | | | | | | | |
| 1000. -McDonalds Corp | | | | | | | | | |
| 1001. -Medco Hlth Solutions Inc | | | | | | | | | |
| 1002. -Microsoft Corp | | | | | Buy | 12/09/11 | | | |
| 1003. -Netapp Inc | | | | | Buy | 07/12/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. -Netapp Inc | | | | | Sold | 12/09/11 | | | |
| 1005. -Nextera Energy Inc | | | | | | | | | |
| 1006. -Norfolk Southern Corp | | | | | Sold (part) | 07/12/11 | | | |
| 1007. -Novartis AG | | | | | Buy | 07/12/11 | | | |
| 1008. -Novartis AG | | | | | Buy (add'l) | 12/09/11 | | | |
| 1009. -Pfizer Inc | | | | | | | | | |
| 1010. -Pimco Commodity Real Return Strategy Fund Cl P Fund # 1921 | | | | | Buy | 01/14/11 | | | |
| 1011. -Pimco Commodity Real Return Strategy Fund Cl P Fund # 1921 | | | | | Sold | 12/09/11 | | | |
| 1012. -Procter & Gamble Co | | | | | | | | | |
| 1013. -Sara Lee Corp | | | | | | | | | |
| 1014. -Schlumberger Ltd | | | | | | | | | |
| 1015. -3M Co | | | | | Sold (part) | 07/12/11 | | | |
| 1016. -Vanguard FTSE All World Ex-US Index Fd | | | | | | | | | |
| 1017. -Verizon | | | | | | | | | |
| 1018. -Waste Management Inc | | | | | Sold | 12/09/11 | | | |
| 1019. -Wells Fargo & Co New | | | | | | | | | |
| 1020. -Weyerhauser Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. Trust #8-A (GST Exempt Trust) | E | Div & Int | O | T | | | N | E | See Section VIII #1 |
| 1022. -BNY Mellon Nat'l Muni MM Fund M | | | | | Mon Mkt Inv | | | | |
| 1023. -AT & T Inc | | | | | | | | | |
| 1024. -Alliance Data Sys Corp | | | | | | | | | |
| 1025. -Allscripts-Misys Healthcare Solution | | | | | | | | | |
| 1026. -Amazon.Com Inc | | | | | Buy | 05/05/11 | | | |
| 1027. -American Express | | | | | | | | | |
| 1028. -Amerprise Finl Inc | | | | | Buy (add'l) | 01/10/11 | | | |
| 1029. -Amylin Pharmaceuticals Inc | | | | | Sold | 03/08/11 | | | |
| 1030. -Anadarko Petroleum Corp | | | | | | | | | |
| 1031. -Apache Corp | | | | | | | | | |
| 1032. -Apple Inc | | | | | | | | | |
| 1033. -Autodesk | | | | | Buy | 07/25/11 | | | |
| 1034. -Autodesk | | | | | Sold | 09/14/11 | | | |
| 1035. -Autoliv Inc | | | | | Sold (part) | 02/03/11 | | | |
| 1036. -Bank of America Corp | | | | | Sold (part) | 08/17/11 | | | |
| 1037. -Baxter International | | | | | Buy | 08/15/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. -Baxter International | | | | | Buy (add'l) | 08/22/11 | | | |
| 1039. -Baxter International | | | | | Buy (add'l) | 11/07/11 | | | |
| 1040. -BMC Software Inc | | | | | Buy | 02/15/11 | | | |
| 1041. -BMC Software Inc | | | | | Buy (add'l) | 03/08/11 | | | |
| 1042. -BMC Software Inc | | | | | Sold | 10/14/11 | | | |
| 1043. -Capital One Financial | | | | | Sold (part) | 10/21/11 | | | |
| 1044. -Carnival Corp | | | | | | | | | |
| 1045. -Caterpillar Inc | | | | | | | | | |
| 1046. -Cbs Corp Class B | | | | | Buy | 05/10/11 | | | |
| 1047. -Chubb Corp | | | | | Buy (add'l) | 10/21/11 | | | |
| 1048. -Cigna Corp | | | | | | | | | |
| 1049. -Cisco Systems Inc | | | | | Sold | 02/15/11 | | | |
| 1050. -Citigroup Inc | | | | | Buy | 02/03/11 | | | |
| 1051. -Cognizant Technology Solutions Corp | | | | | Buy | 10/14/11 | | | |
| 1052. -Comerica Inc | | | | | Sold | 12/07/11 | | | |
| 1053. -Concophillips | | | | | Sold (part) | 11/16/11 | | | |
| 1054. -Covidien PLC | | | | | Buy | 01/06/11 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. -Cummins Inc | | | | | | | | | |
| 1056. -Cvs Caremark Corp | | | | | Sold | 05/12/11 | | | |
| 1057. -Danaher Corp | | | | | | | | | |
| 1058. -DuPont EI De Nemours | | | | | | | | | |
| 1059. -Electronic Arts Inc | | | | | Buy | 08/17/11 | | | |
| 1060. -EMC Corp Mass | | | | | Buy (add'l) | 05/05/11 | | | |
| 1061. -EMC Corp Mass | | | | | Buy (add'l) | 10/21/11 | | | |
| 1062. -Energizer Hldgs Inc | | | | | | | | | |
| 1063. -Ensco International PLC | | | | | Buy | 03/28/11 | | | |
| 1064. -Eog Res Inc | | | | | Buy | 11/16/11 | | | |
| 1065. -Exxon Mobil Corp | | | | | Sold (part) | 03/28/11 | | | |
| 1066. -Ford Motor Co | | | | | Buy (add'l) | 01/11/11 | | | |
| 1067. -Franklin Res Inc | | | | | Sold | 01/10/11 | | | |
| 1068. -General Electric Co | | | | | Buy (add'l) | 02/02/11 | | | |
| 1069. -Google Inc | | | | | Sold (part) | 05/05/11 | | | |
| 1070. -Google Inc | | | | | Sold (part) | 10/14/11 | | | |
| 1071. -Halliburton Co | | | | | Sold | 10/21/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. -Hess Corp | | | | | Sold (part) | 03/28/11 | | | |
| 1073. -Home Depot | | | | | Sold | 05/10/11 | | | |
| 1074. -Honeywell Intl Inc | | | | | | | | | |
| 1075. -Hospira Inc | | | | | Sold | 01/06/11 | | | |
| 1076. -Human Genome Sciences Inc | | | | | Sold | 07/25/11 | | | |
| 1077. -IBM Corp | | | | | Sold (part) | 10/21/11 | | | |
| 1078. -Informatica Corp | | | | | | | | | |
| 1079. -Intercontinentalexchange Inc | | | | | Buy | 10/21/11 | | | |
| 1080. -Intuit | | | | | Buy | 10/14/11 | | | |
| 1081. -JP Morgan Chase & Co | | | | | | | | | |
| 1082. -Limited Brands | | | | | Buy (add'l) | 01/11/11 | | | |
| 1083. -Lincoln Natl Corp Ind | | | | | Buy | 08/17/11 | | | |
| 1084. -McKesson Corp | | | | | | | | | |
| 1085. -Medtronic Inc | | | | | Sold | 03/25/11 | | | |
| 1086. -Merck & Co | | | | | | | | | |
| 1087. -Microsoft Corp | | | | | Sold (part) | 03/07/11 | | | |
| 1088. -Microsoft Corp | | | | | Sold | 05/05/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. -Morgan Stanley | | | | | Sold | 08/17/11 | | | |
| 1090. -Motorola Inc (Spinoff of Motorola Mobility Holdings Inc) | | | | | | 01/04/11 | | | |
| 1091. -Motorola Inc | | | | | Sold (part) | 02/08/11 | | | |
| 1092. -Motorola Inc | | | | | Sold | 04/29/11 | | | |
| 1093. -Motorola Mobility Holdings Inc (Spinoff From Motorola Inc) | | | | | Spinoff (from line 1090) | 01/04/11 | | | |
| 1094. -Motorola Mobility Holdings Inc | | | | | Sold (part) | 02/15/11 | | | |
| 1095. -Motorola Mobility Holdings Inc | | | | | Sold | 04/29/11 | | | |
| 1096. -National Oilwell Varco Inc | | | | | Buy | 11/07/11 | | | |
| 1097. -National Oilwell Varco Inc | | | | | Buy (add'l) | 12/13/11 | | | |
| 1098. -Netapp Inc | | | | | Buy | 08/24/11 | | | |
| 1099. -Netapp Inc | | | | | Buy (add'l) | 10/21/11 | | | |
| 1100. -Newell Rubbermaid Inc | | | | | Buy (add'l) | 02/01/11 | | | |
| 1101. -Newell Rubbermaid Inc | | | | | Sold (part) | 08/15/11 | | | |
| 1102. -Newell Rubbermaid Inc | | | | | Sold | 11/23/11 | | | |
| 1103. -News Corp Inc | | | | | | | | | |
| 1104. -Nextera Energy Inc | | | | | Buy (add'l) | 04/07/11 | | | |
| 1105. -Nordstrom Inc | | | | | Sold | 11/07/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. -Norfolk Southern Corp | | | | | | | | | |
| 1107. -Occidential Petro Corp | | | | | Sold (part) | 08/22/11 | | | |
| 1108. -Omnicom Group Inc | | | | | Buy (add'l) | 01/11/11 | | | |
| 1109. -Oracle Corp | | | | | | | | | |
| 1110. -Pepsico Inc | | | | | | | | | |
| 1111. -Pfizer Inc | | | | | Sold (part) | 05/12/11 | | | |
| 1112. -Ppl Corp | | | | | Buy | 04/07/11 | | | |
| 1113. -Praxair Inc | | | | | | | | | |
| 1114. -Procter & Gamble Co | | | | | | | | | |
| 1115. -Public Svc Enterprise Group Inc | | | | | Sold | 04/07/11 | | | |
| 1116. -PVH Corp | | | | | Buy | 11/07/11 | | | |
| 1117. -Qualcomm Inc | | | | | | | | | |
| 1118. -Raytheon Co | | | | | Sold | 02/02/11 | | | |
| 1119. -Robert Half Intl Inc | | | | | Buy | 12/07/11 | | | |
| 1120. -Schwab Charles Corp New | | | | | Buy (add'l) | 01/10/11 | | | |
| 1121. -Schwab Charles Corp New | | | | | Sold | 08/17/11 | | | |
| 1122. -St. Jude Medical Inc | | | | | Buy | 03/25/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. -St. Jude Medical Inc | | | | | Buy (add'l) | 04/29/11 | | | |
| 1124. -Target Corp | | | | | Sold (part) | 01/11/11 | | | |
| 1125. -Target Corp | | | | | Sold | 02/03/11 | | | |
| 1126. -Target Corp | | | | | Buy | 11/23/11 | | | |
| 1127. -Target Corp | | | | | Buy (add'l) | 12/13/11 | | | |
| 1128. -Teradata Corporation | | | | | Buy | 03/07/11 | | | |
| 1129. -Textron Inc | | | | | Sold | 11/07/11 | | | |
| 1130. -Thermo Fisher Scientific Inc | | | | | Sold | 12/13/11 | | | |
| 1131. -Time Warner Inc | | | | | Sold | 08/25/11 | | | |
| 1132. -Transcanada Corp | | | | | Buy | 10/21/11 | | | |
| 1133. -Tyco Intl Ltd | | | | | | | | | |
| 1134. -Unilever PLC ADR | | | | | | | | | |
| 1135. -Vale SA-Sp ADR | | | | | | | | | |
| 1136. -Vmware Inc | | | | | Buy | 09/14/11 | | | |
| 1137. -Vmware Inc | | | | | Buy (add'l) | 10/14/11 | | | |
| 1138. -Vmware Inc | | | | | Buy (add'l) | 10/21/11 | | | |
| 1139. -Wells Fargo & Co New | | | | | Buy (add'l) | 03/08/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. -Zimmer Holdings Inc | | | | | Buy | 05/12/11 | | | |
| 1141. -Lycoming Cnty PA 3.875 - 2018 | | | | | | | | | |
| 1142. -Milford Twp PA 3.4 - 2016 | | | | | | | | | |
| 1143. -Shaler PA Area Sch Dist 3.3 - 2016 | | | | | | | | | |
| 1144. -Dreyfus Prem LT Hi Yld | | | | | Sold | 06/14/11 | | | |
| 1145. -Ishares MSCI Emerging Mkts Index Fd | | | | | | | | | |
| 1146. -Ishares MSCI EAFE Index Fd | | | | | | | | | |
| 1147. -Ishares S&P Midcap 400 | | | | | | | | | |
| 1148. -Ishares Tr S&P Small Cap 600 | | | | | | | | | |
| 1149. Trust #8-B (GST Non-Exempt) | F | Div & Int | P1 | T | | | P1 | A | See Section VIII #1 |
| 1150. -BNY Mellon Nat'l Muni MM Fund M | | | | | Mon Mkt Inv | | | | |
| 1151. -Allegheny Cnty PA Hosp Dev Alleg Gen Hosp 7.375-2012 | | | | | | | | | |
| 1152. -Allegheny Cnty PA Port Auth SPL Rev 5.0-2021 | | | | | Sold | 03/01/11 | | | |
| 1153. -Athens PA Area Sch Dist 4.5-2014 | | | | | | | | | |
| 1154. -Bensalem Twp PA 3.5-2012 | | | | | | | | | |
| 1155. -Chester Cnty PA Health & Ed 4.0-2020 | | | | | | | | | |
| 1156. -Columbia Boro PA Sch 4.0-2027 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. -Council Rock PA Sch Dist 4.0-2017 | | | | | | | | | |
| 1158. -East Stroudsburg PA AR 4.0-2022 | | | | | | | | | |
| 1159. -Lancaster PA Area Swr 3.4-2012 | | | | | | | | | |
| 1160. -Laurel Highlands PA 3.625-2011 | | | | | Matured | 02/04/11 | | | |
| 1161. -Manchester Twp PA 3.125-2019 | | | | | | | | | |
| 1162. -Ontelauee Twp PA Muni 4.1-2023 | | | | | | | | | |
| 1163. -PA St Higher Edl Facs Auth 4.65-2018 | | | | | Sold | 05/16/11 | | | |
| 1164. -PA St Higher Edl Facs Auth 4.125-2028 | | | | | Buy | 08/01/11 | | | |
| 1165. -Pennsbury Penn Sch 3.375-2011 | | | | | Matured | 08/01/11 | | | |
| 1166. -Philadelphia PA 5.25%-2027 | | | | | Buy | 02/02/11 | | | |
| 1167. -Philadelphia PA Gas Wks Rev Second Ser 5.0-2011 | | | | | Matured | 07/01/11 | | | |
| 1168. -Shenandoah Valley Sch Dist PA 4.0-2021 | | | | | | | | | |
| 1169. -Snyder Cnty PA Higher 3.85-2016 | | | | | | | | | |
| 1170. -Southeast Delco SD PA 4.35-2029 | | | | | Buy | 06/16/11 | | | |
| 1171. -Southeast Delco SD PA 4.35-2029 | | | | | Sold (part) | 11/21/11 | | | |
| 1172. -Springettsbury Twp PA 4.0-2024 | | | | | | | | | |
| 1173. -State College PA Area SD 4.0-2028 | | | | | Buy | 07/19/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. -State Pub Sch Bldg Auth PA College 4.125-2025 | | | | | | | | | |
| 1175. -AT & T | | | | | Sold (part) | 01/24/11 | | | |
| 1176. -Alliance Data Sys Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1177. -Allscripts-Misys Healthcare Solution | | | | | Sold (part) | 01/24/11 | | | |
| 1178. -Amazon.Com Inc | | | | | Buy | 05/05/11 | | | |
| 1179. -American Express Co | | | | | Sold (part) | 01/24/11 | | | |
| 1180. -Amerprise Finl Inc | | | | | Buy (add'l) | 01/10/11 | | | |
| 1181. -Amylin Pharmaceuticals Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1182. -Amylin Pharmaceuticals Inc | | | | | Sold | 03/08/11 | | | |
| 1183. -Anadarko Petroleum Corp | | | | | | | | | |
| 1184. -Apache Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1185. -Apple Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1186. -Autodesk | | | | | Buy | 07/25/11 | | | |
| 1187. -Autodesk | | | | | Sold | 09/14/11 | | | |
| 1188. -AutoLiv Inc | | | | | Sold (part) | 02/03/11 | | | |
| 1189. -Bank of America Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1190. -Bank of America Corp | | | | | Sold (part) | 08/17/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. -Baxter | | | | | Buy | 08/15/11 | | | |
| 1192. -Baxter | | | | | Buy (add'l) | 08/22/11 | | | |
| 1193. -Baxter | | | | | Buy (add'l) | 11/07/11 | | | |
| 1194. -BMC Software Inc | | | | | Buy | 02/15/11 | | | |
| 1195. -BMC Software Inc | | | | | Buy (add'l) | 03/08/11 | | | |
| 1196. -BMC Software Inc | | | | | Sold | 10/14/11 | | | |
| 1197. -Capital One Financial Corp | | | | | Sold (part) | 10/21/11 | | | |
| 1198. -Carnival Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1199. -Caterpillar Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1200. -Cbs Corp Class B | | | | | Buy | 05/10/11 | | | |
| 1201. -Chubb Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1202. -Chubb Corp | | | | | Buy (add'l) | 10/21/11 | | | |
| 1203. -Cigna Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1204. -Cisco Systems | | | | | Sold (part) | 01/24/11 | | | |
| 1205. -Cisco Systems | | | | | Sold | 02/15/11 | | | |
| 1206. -Citigroup Inc | | | | | Buy | 02/03/11 | | | |
| 1207. -Cognizant Technology Solutions Corp | | | | | Buy | 10/14/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. -Comerica Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1209. -Comerica Inc | | | | | Sold | 12/07/11 | | | |
| 1210. -Concophillips | | | | | Sold (part) | 01/24/11 | | | |
| 1211. -Concophillips | | | | | Sold (part) | 11/16/11 | | | |
| 1212. -Covidien PLC | | | | | Buy | 01/06/11 | | | |
| 1213. -Covidien PLC | | | | | Sold (part) | 01/24/11 | | | |
| 1214. -Cummins Inc | | | | | | | | | |
| 1215. -CVS Caremark Corp | | | | | Sold | 05/10/11 | | | |
| 1216. -Danaher Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1217. -Dreyfus Premier Limited Term High Yield Fund Cl 1 | | | | | Sold | 06/14/11 | | | |
| 1218. -DuPont EI DeNemours | | | | | Sold (part) | 01/24/11 | | | |
| 1219. -Electronic Arts Inc | | | | | Buy | 08/17/11 | | | |
| 1220. -EMC Corp | | | | | Buy (add'l) | 05/05/11 | | | |
| 1221. -EMC Corp | | | | | Buy (add'l) | 10/21/11 | | | |
| 1222. -Energizer Holdings Inc | | | | | | | | | |
| 1223. -Ensco International PLC | | | | | Buy | 03/28/11 | | | |
| 1224. -Eog Res Inc | | | | | Buy | 11/16/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. -Exxon Mobil Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1226. -Exxon Mobil Corp | | | | | Sold (part) | 03/28/11 | | | |
| 1227. -Ford Motor Co | | | | | Buy (add'l) | 01/11/11 | | | |
| 1228. -Ford Motor Co | | | | | Buy (add'l) | 01/24/11 | | | |
| 1229. -Franklin Res Inc | | | | | Sold | 01/10/11 | | | |
| 1230. -General Electric | | | | | Sold (part) | 01/24/11 | | | |
| 1231. -General Electric | | | | | Buy (add'l) | 02/02/11 | | | |
| 1232. -Google Inc | | | | | Sold (part) | 05/05/11 | | | |
| 1233. -Google Inc | | | | | Sold (part) | 10/14/11 | | | |
| 1234. -Halliburton Co | | | | | Sold (part) | 01/24/11 | | | |
| 1235. -Halliburton Co | | | | | Sold | 10/21/11 | | | |
| 1236. -Hess Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1237. -Hess Corp | | | | | Sold (part) | 03/28/11 | | | |
| 1238. -Home Depot Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1239. -Home Depot Inc | | | | | Sold | 05/10/11 | | | |
| 1240. -Honeywell Int'l Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1241. -Hospiria Inc | | | | | Sold | 01/06/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. -Human Genome Sciences Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1243. -Human Genome Sciences Inc | | | | | Sold | 07/25/11 | | | |
| 1244. -IBM Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1245. -IBM Corp | | | | | Sold (part) | 10/21/11 | | | |
| 1246. -Informatica Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1247. -Intercontinentalexchange Inc | | | | | Buy | 10/21/11 | | | |
| 1248. -International Coal Group Inc | | | | | Buy | 03/07/11 | | | |
| 1249. -International Coal Group Inc | | | | | Sold | 06/16/11 | | | |
| 1250. -Intuit | | | | | Buy | 10/14/11 | | | |
| 1251. -JP Morgan Chase & Co | | | | | Sold (part) | 01/24/11 | | | |
| 1252. -Limited Brands Inc | | | | | Buy (add'l) | 01/11/11 | | | |
| 1253. -Limited Brands Inc | | | | | Buy (add'l) | 01/24/11 | | | |
| 1254. -Lincoln National Corp Ind | | | | | Buy | 08/17/11 | | | |
| 1255. -McKesson Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1256. -Medtronic Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1257. -Medtronic Inc | | | | | Sold | 03/25/11 | | | |
| 1258. -Merck & Co | | | | | Sold (part) | 01/24/11 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. -Microsoft Corp | | | | | Buy (add'l) | 01/24/11 | | | |
| 1260. -Microsoft Corp | | | | | Sold (part) | 03/07/11 | | | |
| 1261. -Microsoft Corp | | | | | Sold | 05/05/11 | | | |
| 1262. -Morgan Stanley | | | | | Sold (part) | 01/24/11 | | | |
| 1263. -Morgan Stanley | | | | | Sold | 08/17/11 | | | |
| 1264. -Motorola Inc (Spinoff of Motorola Mobility Holdings Inc) | | | | | | 01/04/11 | | | |
| 1265. -Motorola Inc | | | | | Buy (add'l) | 01/24/11 | | | |
| 1266. -Motorola Inc | | | | | Sold | 04/29/11 | | | |
| 1267. -Motorola Mobility Holdings Inc (Spinoff From Motorola Inc) | | | | | Spinoff (from line 1264) | 01/04/11 | | | |
| 1268. -Motorola Mobility Holdings Inc | | | | | Sold (part) | 02/08/11 | | | |
| 1269. -Motorola Mobility Holdings Inc | | | | | Sold (part) | 02/15/11 | | | |
| 1270. -Motorola Mobility Holdings Inc | | | | | Sold | 04/29/11 | | | |
| 1271. -National Oilwell Varco Inc | | | | | Buy | 11/07/11 | | | |
| 1272. -National Oilwell Varco Inc | | | | | Buy (add'l) | 12/13/11 | | | |
| 1273. -Netapp Inc | | | | | Buy | 08/24/11 | | | |
| 1274. -Netapp Inc | | | | | Sold (part) | 08/25/11 | | | |
| 1275. -Netapp Inc | | | | | Buy (add'l) | 10/21/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. -New York Fire-Shield Inc | | | | | | | | | |
| 1277. -Newell Rubbermaid Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1278. -Newell Rubbermaid Inc | | | | | Buy (add'l) | 02/01/11 | | | |
| 1279. -Newell Rubbermaid Inc | | | | | Sold (part) | 08/15/11 | | | |
| 1280. -Newell Rubbermaid Inc | | | | | Sold | 11/23/11 | | | |
| 1281. -News Corp Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1282. -Nextera Energy Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1283. -Nextera Energy Inc | | | | | Buy (add'l) | 04/07/11 | | | |
| 1284. -Nordstrom Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1285. -Nordstrom Inc | | | | | Sold | 11/07/11 | | | |
| 1286. -Norfolk Southern Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1287. -Occidental Petro Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1288. -Occidental Petro Corp | | | | | Sold (part) | 08/22/11 | | | |
| 1289. -Omnicom Group Inc | | | | | Buy (add'l) | 01/11/11 | | | |
| 1290. -Omnicom Group Inc | | | | | Buy (add'l) | 01/24/11 | | | |
| 1291. -Oracle Corp | | | | | Sold (part) | 01/24/11 | | | |
| 1292. -Pepsico Inc | | | | | Sold (part) | 01/24/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. -Pfizer Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1294. -Pfizer Inc | | | | | Sold (part) | 05/12/11 | | | |
| 1295. -Ppl Corp | | | | | Buy | 04/07/11 | | | |
| 1296. -Praxair Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1297. -Procter & Gamble Co | | | | | Sold (part) | 01/24/11 | | | |
| 1298. -Public Svc Enterprise Group Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1299. -Public Svc Enterprise Group Inc | | | | | Sold | 04/07/11 | | | |
| 1300. -PVH Corp | | | | | Buy | 11/07/11 | | | |
| 1301. -Qualcomm Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1302. -Raytheon Co | | | | | Sold (part) | 01/24/11 | | | |
| 1303. -Raytheon Co | | | | | Sold | 02/02/11 | | | |
| 1304. -Robert Half Intl Inc | | | | | Buy | 12/07/11 | | | |
| 1305. -Schwab Charles Corp New | | | | | Buy (add'l) | 01/10/11 | | | |
| 1306. -Schwab Charles Corp New | | | | | Sold | 08/17/11 | | | |
| 1307. -St. Jude Medical Inc | | | | | Buy | 03/25/11 | | | |
| 1308. -St. Jude Medical Inc | | | | | Buy (add'l) | 04/29/11 | | | |
| 1309. -Target Corp | | | | | Sold (part) | 01/11/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. -Target Corp | | | | | Sold | 02/03/11 | | | |
| 1311. -Target Corp | | | | | Buy | 11/23/11 | | | |
| 1312. -Target Corp | | | | | Buy (add'l) | 12/13/11 | | | |
| 1313. -Teradata Corporation | | | | | Buy | 03/07/11 | | | |
| 1314. -Textron Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1315. -Textron Inc | | | | | Sold | 11/07/11 | | | |
| 1316. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 01/24/11 | | | |
| 1317. -Thermo Fisher Scientific Inc | | | | | Sold | 12/13/11 | | | |
| 1318. -Time Warner Inc | | | | | Sold | 08/25/11 | | | |
| 1319. -Transcanada Corp | | | | | Buy | 10/21/11 | | | |
| 1320. -Tyco Int'l Ltd | | | | | Sold (part) | 01/24/11 | | | |
| 1321. -Unilever PLC ADR | | | | | Sold (part) | 01/24/11 | | | |
| 1322. -Vale SA-Sp | | | | | Sold (part) | 01/24/11 | | | |
| 1323. -Vmware Inc | | | | | Buy | 09/14/11 | | | |
| 1324. -Vmware Inc | | | | | Buy (add'l) | 10/14/11 | | | |
| 1325. -Vmware Inc | | | | | Buy (add'l) | 10/21/11 | | | |
| 1326. -Wells Fargo & Co | | | | | Sold (part) | 01/24/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1327. -Wells Fargo & Co | | | | | Buy (add'l) | 03/08/11 | | | |
| 1328. -Zimmer Holdings Inc | | | | | Buy | 05/12/11 | | | |
| 1329. -Ishares MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 1330. -Ishares MSCI EAFE Index FD | | | | | | | | | |
| 1331. -Ishares S&P Midcap 400 | | | | | | | | | |
| 1332. -Ishares Tr S&P Small Cap 600 | | | | | | | | | |
| 1333. -Royalty Int Goose Creek Dist, Harris Co TX | | | | | | | | | |
| 1334. Trust #9 (GST Exempt) | G | Int./Div. | P1 | T | | | J | B | See Section VIII #1 |
| 1335. -BNY Mellon Natl Muni MM Funds M | | | | | Mon Mkt Inv | | | | |
| 1336. -Riverfront Cap Fund LP | | | | | | | | | |
| 1337. -Dreyfus Premium Ltd T H | | | | | Sold | 06/14/11 | | | |
| 1338. -Ishares MSCI EAFE Index Fd | | | | | | | | | |
| 1339. -Ishares MSCI Emerging Markets Index Fund | | | | | | | | | |
| 1340. -Ishares Tr S&P Small Cap 600 | | | | | | | | | |
| 1341. -Spdr Trust Series I | | | | | | | | | |
| 1342. -Midcap Spdr Tr Unit Ser 1 | | | | | | | | | |
| 1343. Trust #10 (GST Non-Exempt) | E | Int./Div. | P1 | T | | | O | A | See Section VIII #1 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1344. -BNY Mellon Natl Muni MM Funds M | | | | | Mon Mkt Inv | | | | |
| 1345. -Allegheny Cnty PA Hosp Dev Auth 4.25-2023 | | | | | | | | | |
| 1346. -Commonwealth Fing Auth PA 3.375-2025 | | | | | | | | | |
| 1347. -Monroe Cnty PA 4.4 - 2013 | | | | | Sold | 06/15/11 | | | |
| 1348. -PA St 4.25-2025 | | | | | | | | | |
| 1349. -PA St Higher 3.25 - 2011 | | | | | Matured | 07/01/11 | | | |
| 1350. -Philadelphia PA Auth 4.6 - 2012 | | | | | | | | | |
| 1351. -Portage PA Sch Dist 3.75-2023 | | | | | | | | | |
| 1352. -Souderton PA Area Sch 3.5 -2015 | | | | | Sold | 11/15/11 | | | |
| 1353. -South Side PA Sch Dist 3.45-2019 | | | | | | | | | |
| 1354. -State College PA Area SD 4.0-2028 | | | | | Buy | 07/19/11 | | | |
| 1355. -Alliance Data Sys Corp | | | | | | | | | |
| 1356. -Allscripts-Misys Healthcare Solution | | | | | | | | | |
| 1357. -Amazon.Com Inc | | | | | Buy | 05/05/11 | | | |
| 1358. -American Express Co | | | | | | | | | |
| 1359. -Amerprise Finl Inc | | | | | Buy (add'l) | 01/10/11 | | | |
| 1360. -Amylin Pharmaceuticals Inc | | | | | Sold | 03/08/11 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. -Anadarko Petroleum Corp | | | | | | | | | |
| 1362. -Apache Corp | | | | | | | | | |
| 1363. -Apple Inc | | | | | | | | | |
| 1364. -AT&T | | | | | | | | | |
| 1365. -Autodesk | | | | | Buy | 07/25/11 | | | |
| 1366. -Autodesk | | | | | Sold | 09/14/11 | | | |
| 1367. -Autoliv Inc | | | | | Sold (part) | 02/03/11 | | | |
| 1368. -Bank of America Corp | | | | | Sold (part) | 08/17/11 | | | |
| 1369. -Baxter | | | | | Buy | 08/15/11 | | | |
| 1370. -Baxter | | | | | Buy (add'l) | 08/22/11 | | | |
| 1371. -Baxter | | | | | Buy (add'l) | 11/17/11 | | | |
| 1372. -BMC Software Inc | | | | | Buy | 02/15/11 | | | |
| 1373. -BMC Software Inc | | | | | Buy (add'l) | 03/08/11 | | | |
| 1374. -BMC Software Inc | | | | | Sold | 10/14/11 | | | |
| 1375. -Capital One Financial Corp | | | | | Sold (part) | 10/21/11 | | | |
| 1376. -Carnival Corp | | | | | | | | | |
| 1377. -Caterpillar Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1378. -Cbs Corp Class B | | | | | Buy | 05/10/11 | | | |
| 1379. -Chubb Corp | | | | | Buy (add'l) | 10/21/11 | | | |
| 1380. -Cigna Corp | | | | | | | | | |
| 1381. -Cisco Systems Inc | | | | | Sold | 02/15/11 | | | |
| 1382. -Citigroup Inc | | | | | Buy | 02/03/11 | | | |
| 1383. -Cognizant Technology Solutions Corp | | | | | Buy | 10/14/11 | | | |
| 1384. -Comerica Inc | | | | | Sold | 12/07/11 | | | |
| 1385. -Concophillips | | | | | Sold (part) | 11/16/11 | | | |
| 1386. -Covidien PLC | | | | | Buy | 01/06/11 | | | |
| 1387. -Cummins Inc | | | | | | | | | |
| 1388. -CVS Caremark Corp | | | | | Sold | 05/12/11 | | | |
| 1389. -Danaher Corp | | | | | | | | | |
| 1390. -DuPont E I DeNemours & Co | | | | | | | | | |
| 1391. -Electronic Arts Inc | | | | | Buy | 08/17/11 | | | |
| 1392. -Ensco International PLC | | | | | Buy | 03/28/11 | | | |
| 1393. -EMC Corp Mass | | | | | Buy (add'l) | 05/05/11 | | | |
| 1394. -EMC Corp Mass | | | | | Buy (add'l) | 10/21/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1395. -Energizer Holdings | | | | | | | | | |
| 1396. -Eog Res Inc | | | | | Buy | 11/16/11 | | | |
| 1397. -Exxon Mobil Corp | | | | | Sold (part) | 03/28/11 | | | |
| 1398. -Ford Motor Co | | | | | Buy (add'l) | 01/11/11 | | | |
| 1399. -Franklin Res Inc | | | | | Sold | 01/10/11 | | | |
| 1400. -General Electric | | | | | Buy (add'l) | 02/02/11 | | | |
| 1401. -Google Inc | | | | | Sold (part) | 05/05/11 | | | |
| 1402. -Google Inc | | | | | Sold (part) | 10/14/11 | | | |
| 1403. -Halliburton Co | | | | | Sold | 10/21/11 | | | |
| 1404. -Hess Corp | | | | | Sold (part) | 03/28/11 | | | |
| 1405. -Home Depot | | | | | Sold | 05/10/11 | | | |
| 1406. -Honeywell Int'l Inc | | | | | | | | | |
| 1407. -Hospiria Inc | | | | | Sold | 01/06/11 | | | |
| 1408. -Human Genome Sciences Inc | | | | | Sold | 07/25/11 | | | |
| 1409. -IBM Corp | | | | | Sold (part) | 10/21/11 | | | |
| 1410. -Informatica Corp | | | | | | | | | |
| 1411. -Intercontinentalexchange Inc | | | | | Buy | 10/21/11 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1412. -Intuit | | | | | Buy | 10/14/11 | | | |
| 1413. -J P Morgan Chase & Co | | | | | | | | | |
| 1414. -Limited Brands Inc | | | | | Sold (part) | 01/10/11 | | | |
| 1415. -Lincoln National Corp Ind | | | | | Buy | 08/17/11 | | | |
| 1416. -McKesson Corp | | | | | | | | | |
| 1417. -Medtronic Inc | | | | | Sold | 03/25/11 | | | |
| 1418. -Merck & Co | | | | | | | | | |
| 1419. -Microsoft Corp | | | | | Sold (part) | 03/07/11 | | | |
| 1420. -Microsoft Corp | | | | | Sold | 05/05/11 | | | |
| 1421. -Morgan Stanley | | | | | Sold | 08/17/11 | | | |
| 1422. -Motorola Inc (Spinoff of Motorola Mobility Holdings Inc) | | | | | | 01/04/11 | | | |
| 1423. -Motorola Inc | | | | | Sold (part) | 02/08/11 | | | |
| 1424. -Motorola Inc | | | | | Sold | 04/29/11 | | | |
| 1425. -Motorola Mobility Holdings Inc (Spinoff From Motorola Inc) | | | | | Spinoff (from line 1422) | 01/04/11 | | | |
| 1426. -Motorola Mobility Holdings Inc | | | | | Sold (part) | 02/15/11 | | | |
| 1427. -Motorola Mobility Holdings inc | | | | | Sold | 04/29/11 | | | |
| 1428. -National Oilwell Varco Inc | | | | | Buy | 11/07/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1429. -National Oilwell Varco Inc | | | | | Buy (add'l) | 12/13/11 | | | |
| 1430. -Netapp Inc | | | | | Buy | 08/24/11 | | | |
| 1431. -Netapp Inc | | | | | Buy (add'l) | 10/21/11 | | | |
| 1432. -Netapp Inc | | | | | Sold (part) | 08/25/11 | | | |
| 1433. -Newell Rubbermaid Inc | | | | | Buy (add'l) | 02/01/11 | | | |
| 1434. -Newell Rubbermaid Inc | | | | | Sold | 11/23/11 | | | |
| 1435. -News Corp Inc Cls B | | | | | | | | | |
| 1436. -Nextera Energy Inc | | | | | Buy (add'l) | 04/07/11 | | | |
| 1437. -Nordstrom Inc | | | | | Sold | 11/07/11 | | | |
| 1438. -Norfolk Southern Corp | | | | | | | | | |
| 1439. -Occidental Petro Co | | | | | Sold (part) | 08/22/11 | | | |
| 1440. -Omnicom Gr Inc | | | | | Buy (add'l) | 01/11/11 | | | |
| 1441. -Oracle Corp | | | | | | | | | |
| 1442. -Pepsico Inc | | | | | | | | | |
| 1443. -Pfizer Inc | | | | | Sold (part) | 05/12/11 | | | |
| 1444. -Ppl Corp | | | | | Buy | 04/07/11 | | | |
| 1445. -Praxair Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1446. -Procter & Gamble Co | | | | | | | | | |
| 1447. -Public Svc Enterprise Group Inc | | | | | Sold | 04/07/11 | | | |
| 1448. -PVH Corp | | | | | Buy | 11/07/11 | | | |
| 1449. -Qualcomm Inc | | | | | | | | | |
| 1450. -Raytheon Co | | | | | Sold | 02/02/11 | | | |
| 1451. -Robert Half Intl Inc | | | | | Buy | 12/07/11 | | | |
| 1452. -Schlumberger Ltd | | | | | | | | | |
| 1453. -Schwab Charles Corp New | | | | | Buy (add'l) | 01/10/11 | | | |
| 1454. -Schwab Charles Corp New | | | | | Sold | 08/17/11 | | | |
| 1455. -St. Jude Medical Inc | | | | | Buy | 03/25/11 | | | |
| 1456. -St. Jude Medical Inc | | | | | Buy (add'l) | 04/29/11 | | | |
| 1457. -Target Corp | | | | | Sold (part) | 01/10/11 | | | |
| 1458. -Target Corp | | | | | Sold | 02/03/11 | | | |
| 1459. -Target Corp | | | | | Buy | 11/23/11 | | | |
| 1460. -Target Corp | | | | | Buy (add'l) | 12/13/11 | | | |
| 1461. -Teradata Corp | | | | | Buy | 03/07/11 | | | |
| 1462. -Textron Inc | | | | | Sold | 11/07/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1463. -Thermo Fisher Scientific Inc | | | | | Sold | 12/13/11 | | | |
| 1464. -Time Warner Inc | | | | | Sold | 08/25/11 | | | |
| 1465. -Transcanada Corp | | | | | Buy | 10/21/11 | | | |
| 1466. -Tyco Intl Ltd | | | | | | | | | |
| 1467. -Unilever PLC | | | | | | | | | |
| 1468. -Vale SP-Sa | | | | | | | | | |
| 1469. -Vmware Inc | | | | | Buy | 09/14/11 | | | |
| 1470. -Vmware Inc | | | | | Buy (add'l) | 10/14/11 | | | |
| 1471. -Vmware Inc | | | | | Buy (add'l) | 10/21/11 | | | |
| 1472. -Wells Fargo & Co New | | | | | Buy (add'l) | 03/08/11 | | | |
| 1473. -Zimmer Holdings Inc | | | | | Buy | 05/12/11 | | | |
| 1474. -Dreyfus Premier Ltd Term | | | | | Sold | 06/14/11 | | | |
| 1475. -Ishares MSCI Emerginag Mkts Index Fd | | | | | | | | | |
| 1476. -Ishares MSCI EAFE Index Fd | | | | | | | | | |
| 1477. -Ishares S&P Midcap 400 | | | | | | | | | |
| 1478. -Ishares S&P Small Cap 600 | | | | | | | | | |
| 1479. Custody Acct #2 (Invest Adv Acct 100% Int) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1480. -Central York PA Sch 3.0-2015 | C | Interest | M | T | | | | | |
| 1481. -SEI STET Tax Free Cl A MM | A | Interest | O | T | | | | | |
| 1482. -Monroe City PA 2.8-2016 | C | Interest | M | T | | | | | |
| 1483. -Norristown PA SD 4.1-2016 | | None | M | T | Buy | 10/12/11 | M | | |
| 1484. -PA State 5.0 - 2013 | C | Interest | M | T | | | | | |
| 1485. -PA State 5.0 - 2023 | C | Interest | M | T | | | | | |
| 1486. -Red Lion PA Sch Dist 3.0-2013 | C | Interest | M | T | | | | | |
| 1487. -Ltd Partnerships -- | | | | | | | | | |
| 1488. -J&S Realty Assocs, Markham, Ontario CN, Real Estate | A | Distribution | K | W | | | | | |
| 1489. -Agilent Tech Inc | | None | M | T | | | | | |
| 1490. -Aqua America Inc | C | Dividend | L | T | | | | | |
| 1491. -Auto Data Proc | C | Dividend | M | T | | | | | |
| 1492. -BJW Inc (S Corporation), Alexandria,VA | | None | K | U | | | | | |
| 1493. -Bemis Co | C | Dividend | L | T | | | | | |
| 1494. -City Nat'l Corp | B | Dividend | L | T | | | | | |
| 1495. -Corning Inc | B | Dividend | L | T | | | | | |
| 1496. -Frontier Communications Corp | D | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. -Great Plains Energy Inc | D | Dividend | M | T | | | | | |
| 1498. -Hewlett-Packard Co | D | Dividend | N | T | | | | | |
| 1499. -Ishares MSCI Emerging Mkts Index | C | Dividend | M | T | | | | | |
| 1500. -Ishares MSCI Pacific Ex JPN | C | Dividend | M | T | | | | | |
| 1501. -Johnson & Johnson | E | Dividend | O | T | | | | | |
| 1502. -J P Morgan Chase & Co | C | Dividend | M | T | | | | | |
| 1503. -Kimberly Clark Corp | D | Dividend | N | T | | | | | |
| 1504. -Lilly (Eli) & Co | E | Dividend | N | T | | | | | |
| 1505. -Merck & Co | E | Dividend | O | T | | | | | |
| 1506. -Monsanto Co New | B | Dividend | M | T | | | | | |
| 1507. -Pepsico Inc | D | Dividend | M | T | | | | | |
| 1508. -Procter & Gamble | E | Dividend | O | T | | | | | |
| 1509. -Royal Dutch - ADR A | D | Dividend | M | T | | | | | |
| 1510. -Schlumberger Ltd | B | Dividend | M | T | | | | | |
| 1511. -Smucker J M Co | D | Dividend | M | T | | | | | |
| 1512. -3M Co | D | Dividend | N | T | | | | | |
| 1513. -United Tech Corp | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1514. -Verizon Communications | D | Dividend | M | T | | | | | |
| 1515. Agency Acct #1 | | | | | | | | | |
| 1516. -Hillman-Burgettstown Mineral Acct (2.6% Income Int) | | None | J | U | Coal Royalty | | | | |
| 1517. Broker A/C #1 (100% Interest) | | | | | | | | | |
| 1518. -Bank of Baroda-NY 0.25-2011 | A | Interest | | | Buy | 05/19/11 | M | | |
| 1519. -Bank of Baroda-NY 0.25-2011 | | | | | Matured | 08/26/11 | M | | |
| 1520. -Bank of Baroda - NY 0.45-2012 | | None | M | T | Buy | 11/21/11 | M | | |
| 1521. -Bank of China-NY 0.35-2011 | A | Interest | | | Buy | 05/19/11 | M | | |
| 1522. -Bank of China-NY 0.35-2011 | | | | | Matured | 11/25/11 | M | | |
| 1523. -Compass Bank-AL 0.3-2012 | | None | M | T | Buy | 07/22/11 | M | | |
| 1524. -GE Capital Financial Inc-UT 0.50-2013 | | None | M | T | Buy | 07/22/11 | M | | |
| 1525. -GE Money Bank-UT 0.35-2012 | | None | M | T | Buy | 05/19/11 | M | | |
| 1526. -Goldman Sachs Bank-USA-NY 0.45-2012 | | None | M | T | Buy | 08/22/11 | M | | |
| 1527. -Abbott Laboratories | C | Dividend | M | T | | | | | |
| 1528. -Allergan Inc | A | Dividend | M | T | | | | | |
| 1529. -Alliance Bernstein Int'l | A | Dividend | K | T | | | | | |
| 1530. -Allscripts Healthcare | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. -Amazon Com Inc | | None | L | T | | | | | |
| 1532. -Amgen Inc | A | Dividend | M | T | Buy | 04/15/11 | L | | |
| 1533. -Ancestry.Com Inc | | None | L | T | Buy | 05/05/11 | L | | |
| 1534. -Applied Microcircuits Corp | | None | K | T | | | | | |
| 1535. -Ariba Inc - New | | None | | | Sold | 06/10/11 | L | F | |
| 1536. -Baidu Inc | | None | L | T | | | | | |
| 1537. -Baker Hughes Inc | A | Dividend | L | T | | | | | |
| 1538. -Bank of America Corp | A | Dividend | K | T | | | | | |
| 1539. -Barnes & Noble Inc | | None | | | Sold | 04/06/11 | K | | |
| 1540. -Bristol Myers Squibb Co | C | Dividend | L | T | | | | | |
| 1541. -Carefusion Corp | | None | L | T | | | | | |
| 1542. -China-Biotics Inc | | None | | | Sold | 10/26/11 | J | | |
| 1543. -China Fund Inc | A | Dividend | L | T | | | | | |
| 1544. -China Mobile Ltd | C | Dividend | L | T | | | | | |
| 1545. -Citigroup Inc | | None | | | Sold | 03/23/11 | J | | |
| 1546. -Coach Inc | B | Dividend | M | T | | | | | |
| 1547. -Coca Cola Co | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1548. -Comcast Corp Cl A | A | Dividend | K | T | | | | | |
| 1549. -Comcast Corp Cl A - Spl | B | Dividend | L | T | | | | | |
| 1550. -Corning Inc | A | Dividend | K | T | | | | | |
| 1551. -CVS Caremark Corp | B | Dividend | L | T | | | | | |
| 1552. -Cypress Semiconductor Corp Del | | None | L | T | | | | | |
| 1553. -Dendreon Corp | | None | J | T | Sold (part) | 10/26/11 | J | | |
| 1554. -Dendreon Corp | | | | | Sold (part) | 12/07/11 | J | | |
| 1555. -Dow Chemical | A | Dividend | K | T | | | | | |
| 1556. -E I duPont deNemours | C | Dividend | M | T | | | | | |
| 1557. -Emerson Electric | B | Dividend | K | T | | | | | |
| 1558. -Ener1 Inc New | | None | | | Sold | 10/26/11 | J | | |
| 1559. -Exxon Mobil Corp | D | Dividend | O | T | | | | | |
| 1560. -Family Dollar Stores | B | Dividend | M | T | Buy | 01/26/11 | L | | |
| 1561. -FEI Co | | None | M | T | | | | | |
| 1562. -Flextronics Int'l Ltd USD | | None | K | T | | | | | |
| 1563. -Ford Motor Co | | None | L | T | Buy | 09/26/11 | L | | |
| 1564. Gamestop Corp New CLA | | None | L | T | Buy (add'l) | 04/06/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1565. -General Electric Co | D | Dividend | M | T | | | | | |
| 1566. -General Mills Inc | C | Dividend | L | T | | | | | |
| 1567. -Glaxo Smithkline | B | Dividend | K | T | | | | | |
| 1568. -Google Inc | | None | M | T | | | | | |
| 1569. -Guggenheim Solar ETF | B | Dividend | K | T | Buy (add'l) | 10/26/11 | K | | |
| 1570. -Guggenheim Solar ETF | | | | | Sold (part) | 12/07/11 | K | | |
| 1571. -Hanesbrands Inc | | None | L | T | | | | | |
| 1572. -H J Heinz Co | C | Dividend | L | T | | | | | |
| 1573. -Hologic Inc | | None | L | T | | | | | |
| 1574. -Home Depot Inc | C | Dividend | M | T | | | | | |
| 1575. -Hospira Inc | | None | K | T | | | | | |
| 1576. -Intel Corp | B | Dividend | L | T | Buy | 05/17/11 | L | | |
| 1577. -Ishares MSCI Brazil Index Fund | A | Dividend | L | T | Buy | 11/14/11 | L | | |
| 1578. -JP Morgan Chase & CO | B | Dividend | L | T | | | | | |
| 1579. -Johnson & Johnson | B | Dividend | L | T | | | | | |
| 1580. -Kimberly Clark Corp | C | Dividend | L | T | | | | | |
| 1581. -Macy's Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1582. -Mastercard Inc | A | Dividend | M | T | | | | | |
| 1583. -Medco Hlth Solutions Inc | | None | | | Sold | 07/21/11 | M | G | |
| 1584. -Mela Sciences Inc | | None | J | T | | | | | |
| 1585. -Memc Electronic Mtls Inc | | None | | | Sold | 10/26/11 | J | | |
| 1586. -Merck & Co Inc | C | Dividend | L | T | | | | | |
| 1587. -Microsoft Corp | B | Dividend | L | T | | | | | |
| 1588. -Morgan Stanley Frontier Emerging Mkts Fund Inc | B | Dividend | L | T | Buy | 02/11/11 | L | | |
| 1589. -Netflix Inc | | None | | | Sold | 03/02/11 | L | F | |
| 1590. -Nextera Energy Inc | B | Dividend | L | T | | | | | |
| 1591. -Nutri/Systems Inc (X) | B | Dividend | K | T | | | | | |
| 1592. -Pepsico Inc | C | Dividend | M | T | | | | | |
| 1593. -Pfizer Inc | D | Dividend | M | T | | | | | |
| 1594. -Procter & Gamble Co | B | Dividend | L | T | | | | | |
| 1595. -Ralcorp Hldgs Inc New | | None | M | T | | | | | |
| 1596. -Rochester Med Grp | | None | K | T | Buy (add'l) | 10/26/11 | K | | |
| 1597. -Rochester Med Grp | | | | | Sold (part) | 12/07/11 | K | | |
| 1598. -Royal Dutch Shell | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. -Sally Beauty Hldgs Inc | | None | K | T | Sold (part) | 09/27/11 | L | E | |
| 1600. -Sally Beauty Hldgs Inc | | | | | Sold (part) | 10/26/11 | K | E | |
| 1601. -Sanofi-Synthelabo | D | Dividend | M | T | | | | | |
| 1602. -Sara Lee Corp | A | Dividend | L | T | | | | | |
| 1603. -SBA Communications Corp | | None | L | T | | | | | |
| 1604. -Schlumberger Ltd | A | Dividend | L | T | | | | | |
| 1605. -Smucker J M Co New | B | Dividend | L | T | | | | | |
| 1606. -Sociedad Quimica Minera De Chile | B | Dividend | M | T | | | | | |
| 1607. -Stryker Corp. | B | Dividend | L | T | | | | | |
| 1608. -Suncor Energy | A | Dividend | L | T | | | | | |
| 1609. -Teco Energy, Inc | C | Dividend | L | T | | | | | |
| 1610. -Templeton Frontier Mkts | B | Dividend | L | T | | | | | |
| 1611. -Teva Pharmaceutical | B | Dividend | L | T | | | | | |
| 1612. -3M Co | D | Dividend | M | T | | | | | |
| 1613. -Unilever NV New York Shs New | C | Dividend | M | T | | | | | |
| 1614. -United States Oil Fd LP | | None | | | Buy | 03/02/11 | L | | |
| 1615. -United States Oil Fd LP | | | | | Sold | 06/27/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1616. -Verizon | C | Dividend | L | T | | | | | |
| 1617. -Wal-Mart Stores Inc | B | Dividend | L | T | | | | | |
| 1618. -Watts Wtr Technologies Inc | A | Dividend | L | T | | | | | |
| 1619. -Zimmer Holdings Inc | | None | L | T | | | | | |
| 1620. -Templeton Developing Mkts | B | Dividend | M | T | | | | | |
| 1621. -India Fund Inc | A | Dividend | M | T | | | | | |
| 1622. -Templeton Russia E Europe Fd Inc | | None | L | T | | | | | |
| 1623. -Morgan Stanley/Smith Barney (Frmrly Citibank/Smith Barney) | A | Interest | M | T | Mon Mkt Inv | | | | |
| 1624. Agency Acct #2 (100% Interest) | | | | | | | | | |
| 1625. -State Lease 195 (Operated by Gulf Stream Resources,Inc) | | None | | | | | | | |
| 1626. -Rycade Lease Section 28 (operated by Termo Co) | | (No income) | | | | | | | |
| 1627. Note Rec from Ron Bacon* (D/B/A Village Deli) (*default) | | None | J | U | | | | | |
| 1628. Trust #11 (6.25% income interest) | B | Int./Div. | L | T | | | K | B | See Section VIII #1 |
| 1629. -Blackrock Global Allocation Fund | | | | | Sold | 12/21/11 | | | |
| 1630. -Cisco Systems Inc | | | | | | | | | |
| 1631. -Dividend Capital Industrial Income Trust | | | | | | | | | |
| 1632. -Eaton Vance Global Macro Absolute Return Fd | | | | | Buy | 12/21/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1633. -Exxon Mobil Corp | | | | | | | | | |
| 1634. -Ishares TR Russell 2000 Index Fund | | | | | | | | | |
| 1635. -Johnson & Johnson | | | | | Sold (part) | 07/25/11 | | | |
| 1636. -Pfizer Inc | | | | | | | | | |
| 1637. -Pimco Commodity Real Return Strategy Fund | | | | | Sold | 12/21/11 | | | |
| 1638. -PPG Industries Inc | | | | | | | | | |
| 1639. -Blackrock Temp Fund # H1 | | | | | Mon Mkt Inv | | | | |
| 1640. -Harbor Fund Int'l #11 | | | | | | | | | |
| 1641. -Jennison 20/20 Focus Fd | | | | | | | | | |
| 1642. Trust #12 (6.25% income interest) | D | Int./Div. | N | T | | | M | E | See Section VIII #1 |
| 1643. -Blackrock Temp Fund # H1 | | | | | Sold | 09/30/11 | | | |
| 1644. -Agilent Tech | | | | | Sold | 12/21/11 | | | |
| 1645. -Allergan Inc | | | | | | | | | |
| 1646. -Apple Inc | | | | | | | | | |
| 1647. -Baxter Intl Inc | | | | | Sold | 12/21/11 | | | |
| 1648. -Becton Dickinson & Co | | | | | Sold | 12/21/11 | | | |
| 1649. -Boeing Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1650. -Bristol Myers Squibb Co | | | | | | | | | |
| 1651. -Caterpillar Inc | | | | | Buy | 12/21/11 | | | |
| 1652. -Conocophillips | | | | | Buy | 12/21/11 | | | |
| 1653. -Consolidated Edison Inc | | | | | Buy | 12/21/11 | | | |
| 1654. -Dividend Capital Industrial Income Trust | | | | | | | | | |
| 1655. -Eaton Vance Global Macro Absolute Return Fund | | | | | Buy | 12/21/11 | | | |
| 1656. -EQT Corp | | | | | Sold (part) | 12/21/11 | | | |
| 1657. -Exxon Mobil Corp | | | | | | | | | |
| 1658. -General Electric Co | | | | | | | | | |
| 1659. -Goldman Sachs Group Inc | | | | | Sold | 12/21/11 | | | |
| 1660. -Google Inc Cl A | | | | | | | | | |
| 1661. -Hewlett-Packard Co | | | | | Sold (part) | 12/21/11 | | | |
| 1662. -Intel Corp | | | | | Sold (part) | 12/21/11 | | | |
| 1663. -Ishares MSCI EAFE Index Fund | | | | | Buy | 12/21/11 | | | |
| 1664. -Ishares Tr MSCI Emerging Mkts Index Fund | | | | | Buy | 12/21/11 | | | |
| 1665. -Ishares S&P National AMT-Free Muni Bond Fund | | | | | Buy | 12/21/11 | | | |
| 1666. -Int'l Business Machines Corp | | | | | Sold (part) | 12/21/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1667. -Johnson & Johnson | | | | | | | | | |
| 1668. -JPMorgan Chase & Co | | | | | Buy | 12/21/11 | | | |
| 1669. -Kimberly-Clark Corp | | | | | Buy | 12/21/11 | | | |
| 1670. -McDonalds Corp | | | | | | | | | |
| 1671. -McKesson Corp | | | | | Sold | 12/21/11 | | | |
| 1672. -Medco Hlth Solutions Inc | | | | | Sold | 12/21/11 | | | |
| 1673. -Microsoft Corp | | | | | | | | | |
| 1674. -Nextera Energy Inc | | | | | Buy (add'l) | 12/21/11 | | | |
| 1675. -Novartis Ag | | | | | Buy | 12/21/11 | | | |
| 1676. -Oracle Corp | | | | | Sold (part) | 12/21/11 | | | |
| 1677. -Pepsico Inc | | | | | | | | | |
| 1678. -Pfizer | | | | | Sold | 12/21/11 | | | |
| 1679. -Philip Morris Int'l | | | | | Buy | 12/21/11 | | | |
| 1680. -Pimco Commodity Real Return Strategy Fund | | | | | Buy | 12/21/11 | | | |
| 1681. -PPG Industries Inc | | | | | | | | | |
| 1682. -Praxair Inc | | | | | | | | | |
| 1683. -Procter & Gamble Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1684. -Schlumberger Ltd | | | | | Sold | 12/21/11 | | | |
| 1685. -Seadrill Ltd | | | | | Buy | 12/21/11 | | | |
| 1686. -Stryker Corp | | | | | Sold | 12/21/11 | | | |
| 1687. -Teva Pharmaceutical Inds Ltd ADR | | | | | | | | | |
| 1688. -Transocean Ltd | | | | | Sold | 12/21/11 | | | |
| 1689. -Unilever NV New York Shs New | | | | | | | | | |
| 1690. -Union Pacific Corp | | | | | | | | | |
| 1691. -United Health Group Inc | | | | | | | | | |
| 1692. -United Technologies Corp | | | | | | | | | |
| 1693. -Vanguard FTSE All World Ex-US Index Fd | | | | | Sold | 12/21/11 | | | |
| 1694. -Verizon | | | | | | | | | |
| 1695. -Visa Inc | | | | | Buy | 12/21/11 | | | |
| 1696. -Waste Management Inc | | | | | | | | | |
| 1697. -Wells Fargo & Company | | | | | Buy | 12/21/11 | | | |
| 1698. Fiduciary Positions - - | | | | | | | | | |
| 1699. Trust #13 (No income rec'd) | None | N | T | | | | N | A | See Section VIII #1 |
| 1700. -BNY Mellon MM Fd | | | | | Mon Mkt Inv | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1701. -Asg Global Alternatives Fund-Y | | | | | Buy | 01/19/11 | | | |
| 1702. -Asg Global Alternatives Fund-Y | | | | | Buy (add'l) | 04/13/11 | | | |
| 1703. -Asg Global Alternatives Fund-Y | | | | | Sold (part) | 10/17/11 | | | |
| 1704. -Dreyfus Diversified Int'l | | | | | Buy | 10/17/11 | | | |
| 1705. -Dreyfus Emerging Mkts Debt Local Currency Fund | | | | | Buy | 09/29/11 | | | |
| 1706. -Dreyfus Emerging Mkts Debt Local Currency Fund | | | | | Buy (add'l) | 12/21/11 | | | |
| 1707. -Dreyfus Emerging Markets Fund | | | | | Buy | 10/19/11 | | | |
| 1708. -Dreyfus Emerging Markets Fund | | | | | Sold | 12/22/11 | | | |
| 1709. -Dreyfus Inflation Adjusted Secs Fund | | | | | Sold (part) | 10/17/11 | | | |
| 1710. -Dreyfus Inflation Adjusted Secs Fund | | | | | Buy (add'l) | 12/21/11 | | | |
| 1711. -Dreyfus/Newton Int'l Equity Fund | | | | | Sold | 10/17/11 | | | |
| 1712. -Dreyfus Opportunistic Small Cap Fund | | | | | Buy (add'l) | 10/17/11 | | | |
| 1713. -Dreyfus Opportunistic Small Cap Fund | | | | | Buy (add'l) | 12/09/11 | | | |
| 1714. -Dreyfus Select Mgrs Small/Cap Growth Fund-I | | | | | Buy (add'l) | 10/17/11 | | | |
| 1715. -Dreyfus Select Mgrs Small Cap Value Fund | | | | | Buy (add'l) | 10/17/11 | | | |
| 1716. -Dreyfus Select Mgrs Small Cap Value Fund | | | | | Buy (add'l) | 12/30/11 | | | |
| 1717. -Highbridge Dynamic Commodities Strategy Fund-E | | | | | Buy | 10/19/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1718. -Highbridge Dynamic Commodities Strategy Fund-E | | | | | Buy (add'l) | 12/22/11 | | | |
| 1719. -Ishares S&P GSCI Commodity-Ind | | | | | Sold | 10/19/11 | | | |
| 1720. -Rydex Managed Futures Strategy Fund-Y | | | | | Buy (add'l) | 10/17/11 | | | |
| 1721. -Strategic Global Stock Fund | | | | | Sold | 10/17/11 | | | |
| 1722. -Tcw Emerging Markets Income Fund-I | | | | | Buy | 10/17/11 | | | |
| 1723. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Sold | 10/17/11 | | | |
| 1724. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Buy | 12/22/11 | | | |
| 1725. -BNY Mellon Int'l Fund Cl M | | | | | Sold | 10/17/11 | | | |
| 1726. -BNY Mellon Mid Cap Stk Fund | | | | | Buy (add'l) | 10/17/11 | | | |
| 1727. -BNY Mellon Nat'l Inter Muni Bd Fd Cl-M | | | | | Sold (part) | 10/17/11 | | | |
| 1728. -BNY Mellon Nat'l Inter Muni Bd Fd Cl-M | | | | | Buy (add'l) | 12/09/11 | | | |
| 1729. -BNY Mellon Nat'l ST Muni Bd Fund | | | | | Buy (add'l) | 10/19/11 | | | |
| 1730. -BNY Mellon Small/Mid Cap | | | | | Buy (add'l) | 10/17/11 | | | |
| 1731. -BNY Mellon Small/Mid Cap Fund-M | | | | | Sold | 01/04/11 | | | |
| 1732. -BNY Mellon Tax-Sensitive Large Cap-Multi Strategy Fd Cl-M | | | | | Sold (part) | 10/17/11 | | | |
| 1733. -Trust #17 (No Benef Interest) | None | N | T | | | | M | C | See Section VIII # 1 |
| 1734. -BNY Mellon MM Fund Cl M | | | | | Mon Mkt Inv | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1735. -Asg Global Alternatives Fund-Y | | | | | Buy | 09/29/11 | | | |
| 1736. -Dreyfus Diversified Intl | | | | | | | | | |
| 1737. -Dreyfus Emerging Mkts Debt Local Currency Fund | | | | | Buy | 09/29/11 | | | |
| 1738. -Dreyfus Emerging Mkts Debt Local Currency Fund | | | | | Buy (add'l) | 12/22/11 | | | |
| 1739. -Dreyfus Inflation Adjusted Securities Fund | | | | | Buy | 09/29/11 | | | |
| 1740. -Dreyfus Inflation Adjusted Securities Fund | | | | | Buy (add'l) | 12/21/11 | | | |
| 1741. -Dreyfus Select Managers Small Cap Value Fund | | | | | Buy (add'l) | 12/30/11 | | | |
| 1742. -Highbridge Dynamic Commodities Strategy Fund-E | | | | | Buy | 09/29/11 | | | |
| 1743. -Highbridge Dynamic Commodities Strategy Fund-E | | | | | Buy (add'l) | 12/23/11 | | | |
| 1744. -Hussman Strategic Growth Fd | | | | | Sold (part) | 09/29/11 | | | |
| 1745. -Hussman Strategic Total Ret | | | | | Buy (add'l) | 11/21/11 | | | |
| 1746. -Ishares S/P GSCI Commodity-Ind | | | | | Sold | 10/03/11 | | | |
| 1747. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Sold (part) | 09/29/11 | | | |
| 1748. -BNY Mellon Nat'l Inter Muni Bond Fd Cl M | | | | | Sold (part) | 09/29/11 | | | |
| 1749. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Sold (part) | 09/29/11 | | | |
| 1750. -BNY Mellon Tax-Sensitive Large Cap Multi-Strategy Fund Cl M | | | | | Sold (part) | 09/29/11 | | | |
| 1751. -Rydex Managed Futures Strategy Fund-Y | | | | | Buy | 09/29/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1752. -Tcw Emerging Markets Income Fund-I | | | | | Buy | 09/29/11 | | | |
| 1753. Trust #18 (No Benef Interest) | | | | | | | | | See Section VIII #2 |
| 1754. -BNY Mellon MM Fund | | | | | Closed | 01/21/11 | J | | |
| 1755. Trust #19 (No Benef Interest) | None | N | T | | | | N | A | See Section VIII #1 |
| 1756. -BNY Mellon MM Fund Cl M | | | | | Mon Mkt Inv | | | | |
| 1757. -Asg Global Alternatives Fund-Y | | | | | Buy | 12/14/11 | | | |
| 1758. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Sold (part) | 12/14/11 | | | |
| 1759. -BNY Mellon Int'l Fund Cl M | | | | | Sold | 12/14/11 | | | |
| 1760. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Buy (add'l) | 12/09/11 | | | |
| 1761. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Sold (part) | 12/14/11 | | | |
| 1762. -BNY Mellon Natl Inter Muni Bd Fd Cl M | | | | | Buy (add'l) | 12/09/11 | | | |
| 1763. -BNY Mellon Natl Inter Muni Bd Fd Cl M | | | | | Sold (part) | 12/14/11 | | | |
| 1764. -BNY Mellon Natl S/T Muni Bd Fd | | | | | Sold (part) | 12/14/11 | | | |
| 1765. -BNY Mellon PA Intermediate Muni Bond Fund | | | | | Buy | 12/14/11 | | | |
| 1766. -BNY Mellon Small Cap Stock Fd Cl M | | | | | Sold | 12/14/11 | | | |
| 1767. -BNY Mellon Small/Mid Cap Fund-M | | | | | Sold (part) | 12/14/11 | | | |
| 1768. -BNY Mellon Tax-Sensitive Large Cap-M | | | | | Sold (part) | 02/22/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1769. -BNY Mellon Tax-Sensitive Large Cap-M | | | | | Sold (part) | 12/14/11 | | | |
| 1770. -Dreyfus Diversified International Fund | | | | | Buy | 12/14/11 | | | |
| 1771. -Dreyfus Inflation Adjusted Securities Fund | | | | | Buy | 12/14/11 | | | |
| 1772. -Dreyfus/Newton Int'l Equity-I | | | | | Sold | 12/14/11 | | | |
| 1773. -Dreyfus Opportunistic Small Cap Fund | | | | | Buy | 12/14/11 | | | |
| 1774. -Dreyfus Select Managers S/C Value Fund | | | | | Sold (part) | 12/14/11 | | | |
| 1775. -Dreyfus Select Managers S/C Value Fund | | | | | Buy (add'l) | 12/30/11 | | | |
| 1776. -Highbridge Dynamic Commodities Strategy Fund-E | | | | | Buy | 12/14/11 | | | |
| 1777. -Ishares MSCI Emerging Mkts Index Fund | | | | | Buy | 12/16/11 | | | |
| 1778. -Ishares S&P GSCI Commodity-Ind | | | | | Sold | 12/16/11 | | | |
| 1779. -Advantage Global Alpha-I | | | | | Sold | 12/15/11 | | | |
| 1780. -Rydex Managed Futures Strategy Fd-Y | | | | | Buy (add'l) | 12/14/11 | | | |
| 1781. -Strategic Global Stock Fund | | | | | Sold | 12/14/11 | | | |
| 1782. -Trust #20 (No Benef Interest) | None | N | T | | | | M | B | See Section VIII #1 |
| 1783. -BNY Mellon MM Fund CL M | | | | | Mon Mkt Inv | | | | |
| 1784. -BNY Mellon Bond Fund-Cl M | | | | | Buy (add'l) | 12/16/11 | | | |
| 1785. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Buy (add'l) | 02/07/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1786. -BNY Mellon Intermediate Bond Fd | | | | | Buy (add'l) | 12/16/11 | | | |
| 1787. -BNY Mellon Mid Cap Stock Fd Cl M | | | | | | | | | |
| 1788. -BNY Mellon Muni Opport-M | | | | | Sold (part) | 01/12/11 | | | |
| 1789. -BNY Mellon Natl Inter Bond Fd | | | | | Sold (part) | 01/12/11 | | | |
| 1790. -BNY Mellon Natl Inter Bond Fd | | | | | Buy (add'l) | 02/07/11 | | | |
| 1791. -BNY Mellon Natl Inter Bond Fd | | | | | Buy (add'l) | 12/09/11 | | | |
| 1792. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Sold (part) | 01/12/11 | | | |
| 1793. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Sold (part) | 02/07/11 | | | |
| 1794. -BNY Mellon Small/Mid Cap Fund-M | | | | | | | | | |
| 1795. -BNY Mellon S/T US Gvt Secs Fd Cl-M | | | | | | | | | |
| 1796. -BNY Mellon Tax-Sensitive Large Cap Multi-Strategy Fund | | | | | Buy (add'l) | 01/12/11 | | | |
| 1797. -BNY Mellon Tax-Sensitive Large Cap Multi-Strategy Fund | | | | | Buy (add'l) | 02/07/11 | | | |
| 1798. -Dreyfus Diversified Int'l Fund | | | | | Buy (add'l) | 02/07/11 | | | |
| 1799. -Dreyfus Inflation Adjusted Secs Fund | | | | | Buy (add'l) | 12/21/11 | | | |
| 1800. -Dreyfus Opportunistic Small Cap Fund | | | | | Buy (add'l) | 12/09/11 | | | |
| 1801. -Dreyfus Select Mgrs Small Cap Growth Fund | | | | | | | | | |
| 1802. -Dreyfus Select Mgrs Small Cap Value Fund | | | | | Buy (add'l) | 12/30/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1803. -Asg Global Alternatives Fund-Y | | | | | Buy (add'l) | 04/13/11 | | | |
| 1804. -Ishares S&P GSCI Commodity-Ind | | | | | | | | | |
| 1805. -Rydex Managed Futures Strategy Fd-Y | | | | | | | | | |
| 1806. -Trust #21 (No Benef Interest) | None | N | T | | | | N | E | See Section VIII #1 |
| 1807. -BNY Mellon MM Fund Cl M | | | | | Mon Mkt Inv | | | | |
| 1808. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Sold | 09/29/11 | | | |
| 1809. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Sold (part) | 09/29/11 | | | |
| 1810. -BNY Mellon Natl Inter Muni Bond Fd Cl M | | | | | Sold (part) | 09/29/11 | | | |
| 1811. -BNY Mellon Natl Inter Muni Bond Fd Cl M | | | | | Sold (part) | 10/14/11 | | | |
| 1812. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Sold (part) | 09/29/11 | | | |
| 1813. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Sold (part) | 10/04/11 | | | |
| 1814. -BNY Mellon Small Cap Stock Fund Cl M | | | | | Sold | 09/29/11 | | | |
| 1815. -BNY Mellon Tax-Sensitive Large Cap Multi-Strategy Fund | | | | | Buy | 09/29/11 | | | |
| 1816. -Advantage Global Alpha-I | | | | | Buy | 09/29/11 | | | |
| 1817. -Asg Global Alternatives Fund-Y | | | | | Buy | 09/29/11 | | | |
| 1818. -Dreyfus Diversified Intl-1 | | | | | Buy (add'l) | 09/29/11 | | | |
| 1819. -Dreyfus Inflation Adjusted Securities Fund | | | | | Buy | 09/29/11 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1820. -Dreyfus Inflation Adjusted Securities Fund | | | | | Buy (add'l) | 12/21/11 | | | |
| 1821. -Dreyfus Select Managers Small Cap Growth Fund | | | | | Buy | 09/29/11 | | | |
| 1822. -Dreyfus Select Managers Small Cap Value Fund | | | | | Buy | 09/29/11 | | | |
| 1823. -Dreyfus Select Managers Small Cap Value Fund | | | | | Buy (add'l) | 12/30/11 | | | |
| 1824. -Highbridge Dynamic Commodities Strategy Fund-E | | | | | Buy | 09/29/11 | | | |
| 1825. -Highbridge Dynamic Commodities Strategy Fund-E | | | | | Buy (add'l) | 12/23/11 | | | |
| 1826. -Hussman Strategic Growth Fund | | | | | Buy (add'l) | 09/29/11 | | | |
| 1827. -Hussman Strategic Total Ret Fund | | | | | Buy (add'l) | 11/21/11 | | | |
| 1828. -Ishares S&P GSCI Commodity Ind | | | | | Sold | 10/03/11 | | | |
| 1829. -Rydex Managed Futures Strategy Fund-Y | | | | | Buy | 09/29/11 | | | |
| 1830. -Trust #22 (No Benef Interest) | None | O | T | | | | K | A | See Section VIII #1 |
| 1831. -Blackrock PA Muni Inst. Shares # 40 | | | | | Mon Mkt Inv | | | | |
| 1832. -AT&T Inc | | | | | | | | | |
| 1833. -BHP Billiton Ltd | | | | | | | | | |
| 1834. -Barrick Gold Corp | | | | | | | | | |
| 1835. -Chevron Corp | | | | | | | | | |
| 1836. -Chubb Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1837. -Diageo PLC | | | | | | | | | |
| 1838. -Emerson Electric Co | | | | | | | | | |
| 1839. -Hewlett Packard | | | | | | | | | |
| 1840. -Medco Hlth Solutions Inc | | | | | | | | | |
| 1841. -Merck & Co | | | | | | | | | |
| 1842. -National Grid PLC | | | | | | | | | |
| 1843. -Nike Inc | | | | | | | | | |
| 1844. -Pepsico Inc | | | | | | | | | |
| 1845. -Procter & Gamble Co | | | | | | | | | |
| 1846. -JM Smucker Co/The New Com W/I | | | | | | | | | |
| 1847. -Stericycle Inc | | | | | | | | | |
| 1848. -3M Company | | | | | | | | | |
| 1849. -Unilever NV New York Shares | | | | | | | | | |
| 1850. -Vanguard Emerging Mkts | | | | | | | | | |
| 1851. -Trust #23 (No Benef Interest) | None | O | T | | | | J | A | See Section VIII #1 |
| 1852. -Blackrock PA MM Inst Shares # 40 | | | | | Mon Mkt Inv | | | | |
| 1853. -AT&T | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1854. -Barrick Gold Corp | | | | | | | | | |
| 1855. -Chevron Corp | | | | | | | | | |
| 1856. -Chubb Corp | | | | | | | | | |
| 1857. -Cincinnati Fin Group | | | | | | | | | |
| 1858. -Dominion Res Inc VA | | | | | | | | | |
| 1859. -Emerson Electric Co | | | | | | | | | |
| 1860. -Freeport McMoran Copper & Gold | | | | | | | | | |
| 1861. -Hewlett-Packard Co | | | | | | | | | |
| 1862. -Intel Corp | | | | | | | | | |
| 1863. -Medco Hlth Solutions Inc | | | | | | | | | |
| 1864. -Merck & Co Inc | | | | | | | | | |
| 1865. -Nike Inc | | | | | | | | | |
| 1866. -Pepsico Inc | | | | | | | | | |
| 1867. -Praxair Inc | | | | | | | | | |
| 1868. -Procter & Gamble Co | | | | | | | | | |
| 1869. -JM Smucker Co/The new Com W/I | | | | | | | | | |
| 1870. -3 M Co | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1871. -Centerville Osterville & Marsto Muni 3.250-2015 | | | | | | | | | |
| 1872. -Seekonk Mass 3.625-2018 | | | | | | | | | |
| 1873. -United Technologies Corp. | | | | | | | | | |
| 1874. -Trust #24 (No Benef Interest) | None | O | T | | | | J | A | See Section VIII #1 |
| 1875. -Blackrock PA Muni MM Inst Shares # 40 | | | | | Mon Mkt Inv | | | | |
| 1876. -AT&T | | | | | | | | | |
| 1877. -Barrick Gold Corp | | | | | | | | | |
| 1878. -Chevron Corp | | | | | | | | | |
| 1879. -Chubb Corp | | | | | | | | | |
| 1880. -Conagra Foods Inc | | | | | | | | | |
| 1881. -Emerson Electric Co | | | | | | | | | |
| 1882. -Hewlett-Packard Co | | | | | | | | | |
| 1883. -Medco Hlth Solutions Inc | | | | | | | | | |
| 1884. -Merck & Co | | | | | | | | | |
| 1885. -Nike Inc | | | | | | | | | |
| 1886. -Pepsico Inc | | | | | | | | | |
| 1887. -Procter & Gamble Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1888. -JM Smucker Co/The New Com W/I | | | | | | | | | |
| 1889. -3M Co | | | | | | | | | |
| 1890. -Vanguard Emerging Mkts | | | | | | | | | |
| 1891. | | | | | | | | | |
| 1892. | | | | | | | | | |
| 1893. | | | | | | | | | |
| 1894. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Information (in the transaction) omitted from Column (D)3 in accordance with the Committee's letters of February 1, 1999 and November 5, 2003.

(2) All assets were distributed.

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 04/20/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William L. Standish**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544